**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br>Bring your picture identification to your meeting with the trustee. | **Michael** <br>First name <br><br>**Jerome** <br>Middle name <br><br>**Lickiss** <br>Last name and Suffix (Sr., Jr., II, III) | **Sarah** <br>First name <br><br>**Ferrero** <br>Middle name <br><br>**Lickiss** <br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **DBA Foundation Financial Group** | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number** (ITIN) | **xxx-xx-2256** | **xxx-xx-8716** |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5. Where you live**

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| **1176 Greenbrook Drive**<br>**Danville, CA 94526**<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code |
| **Contra Costa**<br>County | County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** The chapter of the Bankruptcy Code you are choosing to file under

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** How you will pay the fee

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** Have you filed for bankruptcy within the last 8 years?

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

☑ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** Do you rent your residence?

☑ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____

Name of business, if any

_____

_____

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.

What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____

Number, Street, City, State & Zip Code

**Part 5:** Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must check one of the following choices. If you do not do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17.** Are you filing under Chapter 7?

☑ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐  $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

_/s/ Michael Jerome Lickiss_

**Michael Jerome Lickiss**
Signature of Debtor 1

Executed on  **April 11, 2025**
MM / DD / YYYY

/s/ Sarah Ferrero Lickiss

**Sarah Ferrero Lickiss**
Signature of Debtor 2

Executed on  **April 11, 2025**
MM / DD / YYYY

| Debtor 1 | **Michael Jerome Lickiss** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Sarah Ferrero Lickiss** | | |

| **For your attorney, if you are represented by one** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

/s/ Julie H. Rome-Banks

Signature of Attorney for Debtor

Date **April 11, 2025**

MM / DD / YYYY

**Julie H. Rome-Banks #142364**
Printed name

**Binder Malter Harris & Rome-Banks LLP**
Firm name

**2775 Park Avenue**
**Santa Clara, CA 95050**
Number, Street, City, State & ZIP Code

Contact phone **(408) 295-1700**   Email address   julie@bindermalter.com

**#142364 CA**
Bar number & State

Certificate Number: 17572-CAN-CC-039257834



17572-CAN-CC-039257834

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 20, 2025</u>, at <u>11:31</u> o'clock <u>AM PST</u>, <u>Michael Lickiss</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 20, 2025</u>          By:      <u>/s/Dorianne Santiago</u>

                                         Name:   <u>Dorianne Santiago</u>

                                         Title:   <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 17572-CAN-CC-039257946



17572-CAN-CC-039257946

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>January 20, 2025</u>, at <u>11:54</u> o'clock <u>AM PST</u>, <u>Sarah Lickiss</u> received from <u>Dollar Learning Foundation, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Northern District of California</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>January 20, 2025</u>          By:      <u>/s/Hector Colon</u>

                                        Name:   <u>Hector Colon</u>

                                        Title:    <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Binder Malter Harris & Rome-Banks LLP**
Julie H. Rome-Banks #142364
Reno Fernandez #251934
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Email: julie@bindermalter.com
Email: reno@bindermalter.com

Proposed Attorneys for Debtors and Debtors in Possession,
Michael Jerome and Sarah Ferrero Lickiss

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>    MICHAEL JEROME LICKISS and<br>    SARAH FERRERO LICKISS,<br><br>            Debtors. | Case No. _____<br><br>Chapter 11<br>Subchapter V |

**DECLARATION REGARDING SECTION 1116(1) ATTACHMENTS TO PETITION**

I, Michael Jerome Lickiss, know the following matters to be true of my own personal knowledge. I am over the age of eighteen. If called as a witness, I could and would competently testify as follows:

1.    I am the Debtor and my wife, Sarah Ferrero Lickiss, is the Co-Debtor in the within bankruptcy case commenced under chapter 11, subchapter V, of the Bankruptcy Code.

2.    Attached hereto is a true and correct copy of our most recently filed federal tax return.

3.    Pursuant to Bankruptcy Code §§ 1116(a)(B) and 1187(a), I declare that we do not prepare, and we have not prepared, a balance sheet, statement of operations, or cash-low statement.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the United States. Executed this 11th day of April, 2025, at Salt Lake City, Utah.

/s/ Michael Jerome Lickiss
_____
Michael Jerome Lickiss

| Form **1040** | Department of the Treasury—Internal Revenue Service **U.S. Individual Income Tax Return** | **2024** | OMB No. 1545-0074 | IRS Use Only–Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning . . . . . . . . . . . . . . . . . . , 2024, ending . . . . . . . . . . , 20 . . . . | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| MICHAEL | LICKISS | ▆▆▆2256 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| SARAH A | LICKISS | ▆▆▆8716 |

Home address (number and street). If you have a P.O. box, see instructions. **1176 GREENBROOK DR** | Apt. no. |

Presidential Election Campaign
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.

| City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code |
|---|---|---|
| DANVILLE | CA | 94526 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|
| | | |

☐ You  ☐ Spouse

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) . . . . . . . . ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You: ☐ Were born before January 2, 1960  ☐ Are blind  Spouse: ☐ Was born before January 2, 1960  ☐ Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| LICKISS | | SON | | ☒ |
| LICKISS | | SON | | ☒ |
| LICKISS | | DAUGHTER | ☒ | |

If more than four dependents, see instr. and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 11,263 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | 11,263 |

Attach Sch. B if required.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | 19 | b Taxable interest | 2b | 142 |
| 3a | Qualified dividends | 3a | 94 | b Ordinary dividends | 3b | 1,980 |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | 33,807 | b Taxable amount  ROLLOVER | 5b | 0 |
| 6a | Soc. sec. ben. | 6a | | b Taxable amount | 6b | |

Standard Deduction for –
• Single or Married filing separately, $14,600
• Married filing jointly or Qualifying surviving spouse, $29,200
• Head of household, $21,900
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| c | If you elect to use the lump-sum election method, check here (see instructions) . . . . . . . . . . ☐ | | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . . . . . . . . . ☐ | 7 | −3,000 |
| 8 | Additional income from Schedule 1, line 10 | 8 | −7,511 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 2,874 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 6,558 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | −3,684 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 48,416 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 48,416 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **1040** (2024)

Form 1040 (2024) **MICHAEL & SARAH A LICKISS**　　　2256　Page **2**

| Tax and Credits | 16 | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ | | | 16 | 0 |
|---|---|---|---|---|---|---|
| | 17 | Amount from Schedule 2, line 3 | | | 17 | |
| | 18 | Add lines 16 and 17 | | | 18 | 0 |
| | 19 | Child tax credit or credit for other dependents from Schedule 8812 | | | 19 | |
| | 20 | Amount from Schedule 3, line 8 | | | 20 | |
| | 21 | Add lines 19 and 20 | | | 21 | |
| | 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | | 22 | 0 |
| | 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | | 23 | |
| | 24 | Add lines 22 and 23. This is your **total tax** | | | 24 | 0 |
| **Payments** | 25 | Federal income tax withheld from: | | | | |
| | a | Form(s) W-2 | 25a | 325 | | |
| | b | Form(s) 1099 | 25b | | | |
| | c | Other forms (see instructions) | 25c | | | |
| | d | Add lines 25a through 25c | | | 25d | 325 |
| If you have a qualifying child, attach Sch. EIC. | 26 | 2024 estimated tax payments and amount applied from 2023 return | | | 26 | 7,000 |
| | 27 | Earned income credit (EIC) | 27 | 1,676 | | |
| | 28 | Additional child tax credit from Schedule 8812 | 28 | 187 | | |
| | 29 | American opportunity credit from Form 8863, line 8 | 29 | | | |
| | 30 | Reserved for future use | 30 | | | |
| | 31 | Amount from Schedule 3, line 15 | 31 | | | |
| | 32 | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | | | 32 | 1,863 |
| | 33 | Add lines 25d, 26, and 32. These are your total **payments** | | | 33 | 9,188 |
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | | 34 | 9,188 |
| | 35a | Amount of line 34 you want **refunded to you.** If Form 8888 is attached, check here ☐ | | | 35a | |
| Direct deposit? See instructions. | b | Routing number | | c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | | | |
| | 36 | Amount of line 34 you want **applied to your 2025 estimated tax** | 36 | 9,188 | | |
| **Amount You Owe** | 37 | Subtract line 33 from line 24. This is the **amount you owe.** For details on how to pay, go to *www.irs.gov/Payments* or see instructions | | | 37 | |
| | 38 | Estimated tax penalty (see instructions) | 38 | | | |

| Third Party Designee | Do you want to allow another person to discuss this return with the IRS? See instructions | ☒ **Yes.** Complete below. ☐ **No** |
|---|---|---|
| | Designee's name  PATRICK J. FOVEL | Phone no.  925-838-8064 | Personal identification number (PIN)  92564 |

| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. |
|---|---|

| | Your signature | Date | Your occupation FINANCIAL PLANNER | If the IRS sent you an Identity Protection PIN, enter it here (see instr.) |
|---|---|---|---|---|
| Joint return? See instructions. Keep a copy for your records. | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation HOMEMAKER | If the IRS sent your spouse an Identity Protection PIN, enter it here (see instr.) |
| | Phone no. | Email address | | |

| Paid Preparer Use Only | Preparer's name PATRICK J. FOVEL | Preparer's signature PATRICK J. FOVEL | Date 04/03/25 | PTIN P00317681 | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  BFM WEALTH MANAGEMENT | | | Phone no. 925-838-8064 | |
| | Firm's address  2610 CROW CANYON RD 140 SAN RAMON                CA  94583 | | | Firm's EIN  35-2265377 | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.　　　　Form **1040** (2024)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

**Attach to Form 1040, 1040-SR, or 1040-NR.**

**Go to** *www.irs.gov/Form1040* **for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **01**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| MICHAEL & SARAH A LICKISS | 2256 |

For 2024, enter the amount reported to you on Form(s) 1099-K that was included in error or for personal items sold at a loss .................................................................................................

**Note:** The remaining amounts reported to you on Form(s) 1099-K should be reported elsewhere on your return depending on the nature of the transaction. See *www.irs.gov/1099*.

## Part I    Additional Income

| | | | |
|---|---|---|---:|
| **1** | Taxable refunds, credits, or offsets of state and local income taxes ......................... | **1** | |
| **2a** | Alimony received ............................................................... | **2a** | |
| **b** | Date of original divorce or separation agreement (see instructions): _____ | | |
| **3** | Business income or (loss). Attach Schedule C .............................................. | **3** | −9,402 |
| **4** | Other gains or (losses). Attach Form 4797 ................................................. | **4** | |
| **5** | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ........ | **5** | 3 |
| **6** | Farm income or (loss). Attach Schedule F ................................................. | **6** | |
| **7** | Unemployment compensation ............................................................. | **7** | |
| **8** | Other income: | | |

| | | | | |
|---|---|---|---:|---:|
| **a** | Net operating loss ........................... | **8a** | ( ) | |
| **b** | Gambling ................................... | **8b** | | |
| **c** | Cancellation of debt .......................... | **8c** | | |
| **d** | Foreign earned income exclusion from Form 2555 .. | **8d** | ( ) | |
| **e** | Income from Form 8853 ....................... | **8e** | | |
| **f** | Income from Form 8889 ....................... | **8f** | | |
| **g** | Alaska Permanent Fund dividends ............... | **8g** | | |
| **h** | Jury duty pay ................................ | **8h** | | |
| **i** | Prizes and awards ............................ | **8i** | | |
| **j** | Activity not engaged in for profit income .......... | **8j** | | |
| **k** | Stock options ................................ | **8k** | | |
| **l** | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property ........... | **8l** | | |
| **m** | Olympic and Paralympic medals and USOC prize money (see instructions) | **8m** | | |
| **n** | Section 951(a) inclusion (see instructions) ........ | **8n** | | |
| **o** | Section 951A(a) inclusion (see instructions) ....... | **8o** | | |
| **p** | Section 461(l) excess business loss adjustment .... | **8p** | | |
| **q** | Taxable distributions from an ABLE account (see instructions) | **8q** | | |
| **r** | Scholarship and fellowship grants not reported on Form W-2 | **8r** | | |
| **s** | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | **8s** | ( ) | |
| **t** | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan | **8t** | | |
| **u** | Wages earned while incarcerated ................ | **8u** | | |
| **v** | Digital assets received as ordinary income not reported elsewhere. See instructions | **8v** | | |
| **z** | Other income. List type and amount: **SEE STATEMENT 1** | **8z** | 1,888 | |

| | | | |
|---|---|---|---:|
| **9** | Total other income. Add lines 8a through 8z .............................................. | **9** | 1,888 |
| **10** | Combine lines 1 through 7 and 9. This is your **additional income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | **10** | −7,511 |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 1 (Form 1040) 2024

| Part II | Adjustments to Income | | |
|---|---|---|---|
| 11 | Educator expenses | 11 | |
| 12 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | 12 | |
| 13 | Health savings account deduction. Attach Form 8889 | 13 | |
| 14 | Moving expenses for members of the Armed Forces. Attach Form 3903 | 14 | |
| 15 | Deductible part of self-employment tax. Attach Schedule SE | 15 | |
| 16 | Self-employed SEP, SIMPLE, and qualified plans | 16 | |
| 17 | Self-employed health insurance deduction | 17 | 6,558 |
| 18 | Penalty on early withdrawal of savings | 18 | |
| 19a | Alimony paid | 19a | |
| b | Recipient's SSN | | |
| c | Date of original divorce or separation agreement (see instructions): | | |
| 20 | IRA deduction | 20 | |
| 21 | Student loan interest deduction | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | Archer MSA deduction | 23 | |
| 24 | Other adjustments: | | |
| a | Jury duty pay (see instructions) | 24a | |
| b | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | |
| c | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | |
| d | Reforestation amortization and expenses | 24d | |
| e | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | 24e | |
| f | Contributions to section 501(c)(18)(D) pension plans | 24f | |
| g | Contributions by certain chaplains to section 403(b) plans | 24g | |
| h | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | 24h | |
| i | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | |
| j | Housing deduction from Form 2555 | 24j | |
| k | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | 24k | |
| z | Other adjustments. List type and amount: | 24z | |
| 25 | Total other adjustments. Add lines 24a through 24z | 25 | |
| 26 | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | 26 | 6,558 |

Schedule 1 (Form 1040) 2024

Case: 25-40642   Doc# 1   Filed: 04/14/25   Entered: 04/14/25 17:52:22   Page 14 of 80

# SCHEDULE A
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Itemized Deductions

Attach to Form 1040 or 1040-SR.
Go to *www.irs.gov/ScheduleA* for instructions and the latest information.
**Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **07**

| Name(s) shown on Form 1040 or 1040-SR | Your social security number |
|---|---|
| MICHAEL & SARAH A LICKISS | ▮▮▮-▮▮-2256 |

| Medical and Dental Expenses | | **Caution:** Do not include expenses reimbursed or paid by others. | | |
|---|---|---|---|---|
| | 1 | Medical and dental expenses (see instructions) | 1 | 6,558 |
| | 2 | Enter amount from Form 1040 or 1040-SR, line 11 ......... **2** −3,684 | | |
| | 3 | Multiply line 2 by 7.5% (0.075) | 3 | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | 6,558 |

| Taxes You Paid | | | | |
|---|---|---|---|---|
| | 5 | State and local taxes. | | |
| | a | State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to include general sales taxes instead of income taxes, check this box ☐ | 5a | 102 |
| | b | State and local real estate taxes (see instructions) | 5b | 13,656 |
| | c | State and local personal property taxes | 5c | 1,445 |
| | d | Add lines 5a through 5c | 5d | 15,203 |
| | e | Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) | 5e | 10,000 |
| | 6 | Other taxes. List type and amount: | 6 | |
| | 7 | Add lines 5e and 6 | 7 | 10,000 |

| Interest You Paid | | | | |
|---|---|---|---|---|
| **Caution:** Your mortgage interest deduction may be limited. See instructions. | 8 | Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box ☐ | | |
| | a | Home mortgage interest and points reported to you on Form 1098. See instructions if limited | 8a | 29,736 |
| | b | Home mortgage interest not reported to you on Form 1098. See instructions if limited. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address | 8b | |
| | c | Points not reported to you on Form 1098. See instructions for special rules | 8c | |
| | d | Reserved for future use | 8d | |
| | e | Add lines 8a through 8c | 8e | 29,736 |
| | 9 | Investment interest. Attach Form 4952 if required. See instructions | 9 | 2,122 |
| | 10 | Add lines 8e and 9 | 10 | 31,858 |

| Gifts to Charity | | | | |
|---|---|---|---|---|
| **Caution:** If you made a gift and got a benefit for it, see instructions. | 11 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 11 | |
| | 12 | Other than by cash or check. If you made any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 12 | |
| | 13 | Carryover from prior year | 13 | |
| | 14 | Add lines 11 through 13 | 14 | |

| Casualty and Theft Losses | | | | |
|---|---|---|---|---|
| | 15 | Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions | 15 | |

| Other Itemized Deductions | | | | |
|---|---|---|---|---|
| | 16 | Other—from list in instructions. List type and amount: | 16 | |

| Total Itemized Deductions | | | | |
|---|---|---|---|---|
| | 17 | Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040 or 1040-SR, line 12 | 17 | 48,416 |
| | 18 | If you elect to itemize deductions even though they are less than your standard deduction, check this box ☐ | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1040.

**Schedule A (Form 1040) 2024**

DAA

# SCHEDULE B
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Interest and Ordinary Dividends

**Attach to Form 1040 or 1040-SR.**
**Go to** *www.irs.gov/ScheduleB* **for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **08**

Name(s) shown on return
**MICHAEL & SARAH A LICKISS**

Your social security number
**2256**

| Part I | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address: | | Amount |
|---|---|---|---|---|
| **Interest** | | | | |
| (See instructions and the Instructions for Form 1040, line 2b.) | | BANK OF AMERICA | | 100 |
| | | NATIONAL FINANCIAL SERVICES LLC [71 | | 33 |
| | | ALTRUIST [6545] | | 4 |
| Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | ALTRUIST [7018] | | 1 |
| | | INVESCO DB AGRICULTURE FUND 87-0778078 | | 1 |
| | | INVESCO DB US DOLLAR INDEX BULLISH 87-0778082 | 1 | 3 |
| | 2 | Add the amounts on line 1 | 2 | 142 |
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | 3 | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b | 4 | 142 |

**Note:** If line 4 is over $1,500, you must complete Part III.

| Part II | 5 | List name of payer: | | Amount |
|---|---|---|---|---|
| **Ordinary Dividends** | | PUTNAM CORE EQUITY | | 2 |
| | | GEORGE PUTNAM FUND A | | 60 |
| (See instructions and the Instructions for Form 1040, line 3b.) | | GEORGE PUTNAM FUND A | | 75 |
| | | PUTNAM LARGE CAP | | 2 |
| | | GEORGE PUTNAM FUND A | | 73 |
| Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | NATIONAL FINANCIAL SERVICES LLC [71 | | 369 |
| | | CHARLES SCHWAB - ACCT 2820 | 5 | 1,270 |
| | | ALTRUIST [6545] | | 106 |
| | | ALTRUIST [7018] | | 22 |
| | | INVESCO DB AGRICULTURE FUND 87-0778078 | | 1 |
| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b | 6 | 1,980 |

**Note:** If line 6 is over $1,500, you must complete Part III.

| Part III | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | Yes | No |
|---|---|---|---|---|
| **Foreign Accounts and Trusts** | 7a At any time during 2024, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | | X |
| Caution: If required, failure to file FinCEN Form 114 may result in substantial penalties. Additionally, you may be required to file Form 8938, Statement of Specified Foreign Financial Assets. See instructions. | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | | |
| | b If you are required to file FinCEN Form 114, list the name(s) of the foreign country(-ies) where the financial account(s) is (are) located: | | | |
| | 8 During 2024, did you receive a distribution from, or were the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions | | | X |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule B (Form 1040) 2024

DAA

# SCHEDULE C
(Form 1040)

## Profit or Loss From Business
(Sole Proprietorship)

OMB No. 1545-0074

## 2024

Department of the Treasury
Internal Revenue Service

**Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.**
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| MICHAEL LICKISS | ▮▮▮ 2256 |

| A | Principal business or profession, including product or service (see instructions) | B | Enter code from instructions |
|---|---|---|---|
| | FINANCIAL PLANNING | | 523900 |

| C | Business name. If no separate business name, leave blank. | D | Employer ID number (EIN) (see instr.) |
|---|---|---|---|
| | FOUNDATION FINANCIAL GROUP | | ▮▮ 9907 |

E Business address (including suite or room no.) ▸ 3201 DANVILLE BLVD STE 200
City, town or post office, state, and ZIP code ▸ ALAMO                CA 94507

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify)

G Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses .... ☒ Yes ☐ No

H If you started or acquired this business during 2024, check here ......................................................... ▸ ☐

I Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions ...................... ☐ Yes ☒ No

J If "Yes," did you or will you file required Form(s) 1099? ................................................................. ☐ Yes ☐ No

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ........................ ☐ | **1** | 357,332 |
| 2 | Returns and allowances ........................................................................... | **2** | |
| 3 | Subtract line 2 from line 1 ........................................................................ | **3** | 357,332 |
| 4 | Cost of goods sold (from line 42) .................................................................. | **4** | |
| 5 | **Gross profit.** Subtract line 4 from line 3 ............................................................ | **5** | 357,332 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ................. | **6** | |
| 7 | **Gross income.** Add lines 5 and 6 ................................................................ ▸ | **7** | 357,332 |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | **8** | | 18 | Office expense (see instructions) ...... | **18** | |
| 9 | Car and truck expenses (see instructions) | **9** | | 19 | Pension and profit-sharing plans .... | **19** | 33,187 |
| 10 | Commissions and fees ........ | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) .... | **11** | 77,261 | a | Vehicles, machinery, and equipment | **20a** | |
| 12 | Depletion ................ | **12** | | b | Other business property .......... | **20b** | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 21 | Repairs and maintenance ......... | **21** | |
| | | | | 22 | Supplies (not included in Part III) ... | **22** | 1,744 |
| | | | | 23 | Taxes and licenses ............. | **23** | 1,929 |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) .... | **14** | 6,276 | a | Travel ...................... | **24a** | |
| 15 | Insurance (other than health) ... | **15** | 592 | b | Deductible meals (see instructions) | **24b** | |
| 16 | Interest (see instructions): | | | 25 | Utilities ..................... | **25** | 6,050 |
| a | Mortgage (paid to banks, etc.) ... | **16a** | | 26 | Wages (less employment credits) ... | **26** | 59,108 |
| b | Other ................... | **16b** | 28,378 | 27a | Other expenses (from line 48) ...... | **27a** | 28,794 |
| | | | | b | Energy efficient commercial bldgs deduction (attach Form 7205) ..... | **27b** | |
| 17 | Legal and professional services .. | **17** | 136,262 | | | | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b .................... ▸ | **28** | 379,581 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 ................................................ | **29** | -22,249 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | | |
| | **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ...................... | **30** | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** | **31** | -22,249 |
| | • If a loss, you **must** go to line 32. | | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | | |
| | • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | **32a** ☒ All investment is at risk. **32b** ☐ Some investment is not at risk. | |
| | • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | | |

**For Paperwork Reduction Act Notice, see the separate instructions.**                    Schedule C (Form 1040) 2024

DAA

MICHAEL LICKISS                                                         2256

Schedule C (Form 1040) 2024           **FINANCIAL PLANNING**                     Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) |
|---|---|

**33** Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ...................................................... ☐ Yes   ☐ No

| | | |
|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself | **37** | |
| **38** | Materials and supplies | **38** | |
| **39** | Other costs | **39** | |
| **40** | Add lines 35 through 39 | **40** | |
| **41** | Inventory at end of year | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |
|---|---|

**43** When did you place your vehicle in service for business purposes? (month/day/year) .................

**44** Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a** Business ..................   **b** Commuting (see instructions) ..............   **c** Other ...............

**45** Was your vehicle available for personal use during off-duty hours? ................................ ☐ Yes   ☐ No
**46** Do you (or your spouse) have another vehicle available for personal use? ....................... ☐ Yes   ☐ No
**47a** Do you have evidence to support your deduction? ................................................. ☐ Yes   ☐ No
**b** If "Yes," is the evidence written? ................................................................. ☐ Yes   ☐ No

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26, line 27b, or line 30. |
|---|---|

| | |
|---|---:|
| DUES & SUBSCRIPTIONS | 21,161 |
| POSTAGE & SHIPPING | 5,809 |
| PRINTING | 539 |
| SECURITY | 1,285 |

| | | |
|---|---|---:|
| **48** | **Total other expenses.** Enter here and on line 27a | **48**   28,794 |

DAA     Case: 25-40642    Doc# 1    Filed: 04/14/25    Entered: 04/14/25 17:52:22    Page 18 of 80

# SCHEDULE C
(Form 1040)

Department of the Treasury
Internal Revenue Service

## Profit or Loss From Business
(Sole Proprietorship)

**Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.**
Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **09**

Name of proprietor **MICHAEL LICKISS**

Social security number (SSN) ███ 2256

| | |
|---|---|
| **A** Principal business or profession, including product or service (see instructions) **FINANCIAL PLANNING** | **B** Enter code from instructions **523900** |
| **C** Business name. If no separate business name, leave blank. **PACIFIC WEALTH ADVISORY SERVICE LLC** | **D** Employer ID number (EIN) (see instr.) ██ 1761 |

**E** Business address (including suite or room no.) **50 OAK CT. ,STE 230**
City, town or post office, state, and ZIP code **DANVILLE** **CA 94526**

**F** Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify)

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses ............ [X] Yes [ ] No

**H** If you started or acquired this business during 2024, check here ....................................................

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions .............. [ ] Yes [X] No

**J** If "Yes," did you or will you file required Form(s) 1099? ............................................................ [ ] Yes [ ] No

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ..... [ ] | 1 | 387,629 |
| 2 | Returns and allowances .................................................................... | 2 | |
| 3 | Subtract line 2 from line 1 ................................................................. | 3 | 387,629 |
| 4 | Cost of goods sold (from line 42) .......................................................... | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 ................................................... | 5 | 387,629 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) ..... | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ........................................................ | 7 | 387,629 |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 8 | Advertising | **8** | | 18 | Office expense (see instructions) ...... | **18** | |
| 9 | Car and truck expenses (see instructions) | **9** | | 19 | Pension and profit-sharing plans | **19** | |
| 10 | Commissions and fees ....... | **10** | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) ..... | **11** | | a | Vehicles, machinery, and equipment | **20a** | |
| 12 | Depletion ................ | **12** | | b | Other business property ....... | **20b** | 29,271 |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | | 21 | Repairs and maintenance ....... | **21** | |
| | | | | 22 | Supplies (not included in Part III) ..... | **22** | 3,383 |
| | | | | 23 | Taxes and licenses .......... | **23** | 5,960 |
| 14 | Employee benefit programs (other than on line 19) | **14** | 6,276 | 24 | Travel and meals: | | |
| | | | | a | Travel ................ | **24a** | |
| 15 | Insurance (other than health) | **15** | 3,085 | b | Deductible meals (see instructions) | **24b** | |
| 16 | Interest (see instructions): | | | 25 | Utilities ............... | **25** | 2,480 |
| a | Mortgage (paid to banks, etc.) | **16a** | | 26 | Wages (less employment credits) | **26** | 64,921 |
| b | Other ................ | **16b** | 28,378 | 27a | Other expenses (from line 48) ... | **27a** | 49,240 |
| 17 | Legal and professional services .. | **17** | 181,788 | b | Energy efficient commercial bldgs deduction (attach Form 7205) ... | **27b** | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b .................. | 28 | 374,782 |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 ...................................... | 29 | 12,847 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ...................... | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. ● If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** ● If a loss, you **must** go to line 32. | 31 | 12,847 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. ● If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** ● If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.

DAA

Schedule C (Form 1040) 2024

MICHAEL LICKISS                                                    ███████2256
Schedule C (Form 1040) 2024            **FINANCIAL PLANNING**                              Page **2**

| **Part III** | **Cost of Goods Sold** (see instructions) | | |

**33**  Method(s) used to
value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation)

**34**  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
If "Yes," attach explanation ......................................................................... ☐ **Yes**    ☐ **No**

| | | | |
|---|---|---|---|
| **35** | Inventory at beginning of year. If different from last year's closing inventory, attach explanation ............ | **35** | |
| **36** | Purchases less cost of items withdrawn for personal use ................................ | **36** | |
| **37** | Cost of labor. Do not include any amounts paid to yourself ............................ | **37** | |
| **38** | Materials and supplies .............................................. | **38** | |
| **39** | Other costs ..................................................... | **39** | |
| **40** | Add lines 35 through 39 ........................................... | **40** | |
| **41** | Inventory at end of year ........................................... | **41** | |
| **42** | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on line 4 ............ | **42** | |

| **Part IV** | **Information on Your Vehicle.** Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562. |

**43**  When did you place your vehicle in service for business purposes? (month/day/year) ...................

**44**  Of the total number of miles you drove your vehicle during 2024, enter the number of miles you used your vehicle for:

**a**  Business .............     **b**  Commuting (see instructions) ...........     **c**  Other ...............

| | | | |
|---|---|---|---|
| **45** | Was your vehicle available for personal use during off-duty hours? ................................ | ☐ **Yes** | ☐ **No** |
| **46** | Do you (or your spouse) have another vehicle available for personal use? ............................ | ☐ **Yes** | ☐ **No** |
| **47a** | Do you have evidence to support your deduction? ................................................ | ☐ **Yes** | ☐ **No** |
| **b** | If "Yes," is the evidence written? ............................................................ | ☐ **Yes** | ☐ **No** |

| **Part V** | **Other Expenses.** List below business expenses not included on lines 8-26, line 27b, or line 30. | |
|---|---|---|
| DUES AND SUBSCRIPTIONS | | 43,449 |
| POSTAGE & SHIPPING | | 3,262 |
| PRINTING | | 1,636 |
| SECURITY | | 438 |
| TELEPHONE | | 455 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **48** | **Total other expenses.** Enter here and on line 27a | **48** | **49,240** |

      Case: 25-40642    Doc# 1    Filed: 04/14/25    Entered: 04/14/25 17:52:22    Page 20 of 80

# SCHEDULE D
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

## Capital Gains and Losses

**Attach to Form 1040, 1040-SR, or 1040-NR.**
**Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.**
Go to *www.irs.gov/ScheduleD* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **12**

Name(s) shown on return
MICHAEL & SARAH A LICKISS

Your social security number
████ 2256

Did you dispose of any investment(s) in a qualified opportunity fund during the tax year? ☐ **Yes** ☒ **No**
If "Yes," attach Form 8949 and see its instructions for additional requirements for reporting your gain or loss.

### Part I — Short-Term Capital Gains and Losses — Generally Assets Held One Year or Less (see instructions)

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **1a** Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b . . . . | | | | |
| **1b** Totals for all transactions reported on Form(s) 8949 with Box A checked . . . . . . . . . . . . . . . . . . . . . . . . | 54,438 | 53,872 | 0 | 566 |
| **2** Totals for all transactions reported on Form(s) 8949 with Box B checked . . . . . . . . . . . . . . . . . . . . . . . . | 371 | 727 | 0 | −356 |
| **3** Totals for all transactions reported on Form(s) 8949 with Box C checked . . . . . . . . . . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **4** Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | **4** | 11 |
| **5** Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** | |
| **6** Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | **6** ( | 5,276 ) |
| **7** **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on the back . . . . . . . . . . | **7** | −5,055 |

### Part II — Long-Term Capital Gains and Losses — Generally Assets Held More Than One Year (see instructions)

| See instructions for how to figure the amounts to enter on the lines below. This form may be easier to complete if you round off cents to whole dollars. | (d) Proceeds (sales price) | (e) Cost (or other basis) | (g) Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|
| **8a** Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b . . . . . | | | | |
| **8b** Totals for all transactions reported on Form(s) 8949 with Box D checked . . . . . . . . . . . . . . . . . . . . . . . . | 3,726 | 4,157 | 0 | −431 |
| **9** Totals for all transactions reported on Form(s) 8949 with Box E checked . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 0 | 0 | 1 |
| **10** Totals for all transactions reported on Form(s) 8949 with Box F checked . . . . . . . . . . . . . . . . . . . . . . . . | | | | |

| | | |
|---|---|---|
| **11** Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | **11** | 17 |
| **12** Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | |
| **13** Capital gain distributions. See the instructions | **13** | 258 |
| **14** Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | **14** ( | ) |
| **15** **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then, go to Part III on the back | **15** | −155 |

**For Paperwork Reduction Act Notice, see your tax return instructions.** Schedule D (Form 1040) 2024

DAA

**MICHAEL & SARAH A LICKISS**

████2256

Schedule D (Form 1040) 2024

Page **2**

| Part III | Summary |
|---|---|

**16** Combine lines 7 and 15 and enter the result .................................................. | **16** | **−5,210**

- If line 16 is a **gain,** enter the amount from line 16 on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 17 below.
- If line 16 is a **loss,** skip lines 17 through 20 below. Then, go to line 21. Also be sure to complete line 22.
- If line 16 is **zero,** skip lines 17 through 21 below and enter -0- on Form 1040, 1040-SR, or 1040-NR, line 7. Then, go to line 22.

**17** Are lines 15 and 16 **both** gains?

☐ **Yes.** Go to line 18.

☐ **No.** Skip lines 18 through 21, and go to line 22.

**18** If you are required to complete the **28% Rate Gain Worksheet** (see instructions), enter the amount, if any, from line 7 of that worksheet .................................................. | **18** |

**19** If you are required to complete the **Unrecaptured Section 1250 Gain Worksheet** (see instructions), enter the amount, if any, from line 18 of that worksheet .................................................. | **19** |

**20** Are lines 18 and 19 both zero or blank and you are not filing Form 4952?

☐ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16. **Don't** complete lines 21 and 22 below.

☐ **No.** Complete the **Schedule D Tax Worksheet** in the instructions. **Don't** complete lines 21 and 22 below.

**21** If line 16 is a loss, enter here and on Form 1040, 1040-SR, or 1040-NR, line 7, the **smaller** of:

- The loss on line 16; or
- ($3,000), or if married filing separately, ($1,500) .................................................. | **21** | ( **3,000** )

**Note:** When figuring which amount is smaller, treat both amounts as positive numbers.

**22** Do you have qualified dividends on Form 1040, 1040-SR, or 1040-NR, line 3a?

☒ **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 16.

☐ **No.** Complete the rest of Form 1040, 1040-SR, or 1040-NR.

Schedule D (Form 1040) 2024

Form **8949**

Department of the Treasury
Internal Revenue Service

# Sales and Other Dispositions of Capital Assets

**File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.**

**Go to** *www.irs.gov/Form8949* **for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **12A**

Name(s) shown on return

MICHAEL & SARAH A LICKISS

Social security number or taxpayer identification number

████ 2256

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

## Part I

**Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2.

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You** *must* **check Box A, B, or C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

[X] **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)

[ ] **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS

[ ] **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a)<br>Description of property<br>(Example: 100 sh. XYZ Co.) | (b)<br>Date acquired<br>(Mo., day, yr.) | (c)<br>Date sold or<br>disposed of<br>(Mo., day, yr.) | (d)<br>Proceeds<br>(sales price)<br>(see instructions) | (e)<br>Cost or other basis<br>See the **Note** below<br>and see *Column (e)*<br>in the separate<br>instructions. | Adjustment, if any, to gain or loss<br>If you enter an amount in column (g),<br>enter a code in column (f).<br>**See the separate instructions.** | | (h)<br>Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g). |
|---|---|---|---|---|---|---|---|
| | | | | | (f)<br>Code(s) from<br>instructions | (g)<br>Amount of<br>adjustment | |
| NATIONAL FINANCIAL SERVICES LLC 0086 | | | | | | | |
| | VARIOUS | VARIOUS | 3,584 | 3,456 | | | 128 |
| ALTRUIST 56545 | | | | | | | |
| | VARIOUS | VARIOUS | 46,655 | 46,197 | | | 458 |
| ALTRUIST 57018 | | | | | | | |
| | VARIOUS | VARIOUS | 4,199 | 4,219 | | | -20 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 1b (if Box A above is checked), line 2 (if Box B above is checked), or line 3 (if Box C above is checked) ........ | | | 54,438 | 53,872 | | 0 | 566 |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Form **8949** (2024)

DAA

| Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| **MICHAEL & SARAH A LICKISS** | ▮▮▮▮▮**2256** |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

**Part II** — **Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions). For short-term transactions, see page 1.

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

**You** *must* **check Box D, E,** *or* **F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- [X] **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- [ ] **(E)** Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- [ ] **(F)** Long-term transactions not reported to you on Form 1099-B

**1**

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired (Mo., day, yr.) | (c) Date sold or disposed of (Mo., day, yr.) | (d) Proceeds (sales price) (see instructions) | (e) Cost or other basis See the **Note** below and see *Column (e)* in the separate instructions. | (f) Code(s) from instructions | (g) Amount of adjustment | (h) Gain or (loss) Subtract column (e) from column (d) and combine the result with column (g). |
|---|---|---|---|---|---|---|---|
| NATIONAL FINANCIAL SERVICES LLC 0086 | VARIOUS | VARIOUS | 132 | 112 | | | 20 |
| ALTRUIST 56545 | VARIOUS | VARIOUS | 3,527 | 3,982 | | | -455 |
| ALTRUIST 57018 | VARIOUS | VARIOUS | 67 | 63 | | | 4 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 8b (if Box D above is checked), line 9 (if Box E above is checked), or line 10 (if Box F above is checked) ........ | | | 3,726 | 4,157 | | 0 | -431 |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

Form **8949** (2024)

DAA

| Form **8949** | **Sales and Other Dispositions of Capital Assets** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.<br>Go to *www.irs.gov/Form8949* for instructions and the latest information. | **2024**<br>Attachment Sequence No. **12A** |

| Name(s) shown on return | Social security number or taxpayer identification number |
|---|---|
| MICHAEL & SARAH A LICKISS | ████ 2256 |

*Before you check Box A, B, or C below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

| Part I | **Short-Term.** Transactions involving capital assets you held 1 year or less are generally short-term (see instructions). For long-term transactions, see page 2. |
|---|---|

**Note:** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 1a; you aren't required to report these transactions on Form 8949 (see instructions).

**You** *must* **check Box A, B,** *or* **C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box. If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- [ ] **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- [X] **(B)** Short-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- [ ] **(C)** Short-term transactions not reported to you on Form 1099-B

| **1** (a)<br>Description of property<br>(Example: 100 sh. XYZ Co.) | (b)<br>Date acquired<br>(Mo., day, yr.) | (c)<br>Date sold or disposed of<br>(Mo., day, yr.) | (d)<br>Proceeds<br>(sales price)<br>(see instructions) | (e)<br>Cost or other basis<br>See the **Note** below<br>and see *Column (e)*<br>in the separate<br>instructions. | Adjustment, if any, to gain or loss<br>If you enter an amount in column (g),<br>enter a code in column (f).<br>**See the separate instructions.** || (h)<br>Gain or (loss)<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g). |
|---|---|---|---|---|---|---|---|
| | | | | | (f)<br>Code(s) from<br>instructions | (g)<br>Amount of<br>adjustment | |
| ALTRUIST 56545 | VARIOUS | VARIOUS | 371 | 727 | | | -356 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 1b (if Box A above is checked), line 2 (if Box B above is checked), or line 3 (if Box C above is checked) . . . . . . . | | | 371 | 727 | | 0 | -356 |

**Note:** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Form **8949** (2024)

DAA

| Name(s) shown on return. Name and SSN or taxpayer identification no. not required if shown on other side | Social security number or taxpayer identification number |
|---|---|
| **MICHAEL & SARAH A LICKISS** | 2256 |

*Before you check Box D, E, or F below, see whether you received any Form(s) 1099-B or substitute statement(s) from your broker. A substitute statement will have the same information as Form 1099-B. Either will show whether your basis (usually your cost) was reported to the IRS by your broker and may even tell you which box to check.*

| Part II | **Long-Term.** Transactions involving capital assets you held more than 1 year are generally long-term (see instructions). For short-term transactions, see page 1. |
|---|---|

**Note:** You may aggregate all long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the totals directly on Schedule D, line 8a; you aren't required to report these transactions on Form 8949 (see instructions).

**You** *must* **check Box D, E,** *or* **F below. Check only one box.** If more than one box applies for your long-term transactions, complete a separate Form 8949, page 2, for each applicable box. If you have more long-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

- [ ] **(D)** Long-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
- [X] **(E)** Long-term transactions reported on Form(s) 1099-B showing basis **wasn't** reported to the IRS
- [ ] **(F)** Long-term transactions not reported to you on Form 1099-B

| 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **(a)**<br>Description of property<br>(Example: 100 sh. XYZ Co.) | **(b)**<br>Date acquired<br>(Mo., day, yr.) | **(c)**<br>Date sold or<br>disposed of<br>(Mo., day, yr.) | **(d)**<br>Proceeds<br>(sales price)<br>(see instructions) | **(e)**<br>Cost or other basis<br>See the **Note** below<br>and see *Column (e)*<br>in the separate<br>instructions. | **(f)**<br>Code(s) from<br>instructions | **(g)**<br>Amount of<br>adjustment | **(h)**<br>**Gain or (loss)**<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g). |
| ALTRUIST 56545 | VARIOUS | VARIOUS | 1 | 0 | | | 1 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** Totals. Add the amounts in columns (d), (e), (g), and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 8b (if Box D above is checked), line 9 (if Box E above is checked), or line 10 (if Box F above is checked) . . . . . . . . | | | 1 | 0 | | 0 | 1 |

**Note:** If you checked Box D above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

Form **8949** (2024)

Name(s) shown on return. Do not enter name and social security number if shown on other side. | Your social security number

**MICHAEL & SARAH A LICKISS**      2256

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II   Income or Loss From Partnerships and S Corporations

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column (**e**) on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (**f**) on line 28 and attach **Form 6198.** See instructions.

27   Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section     Yes   [X] No

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if basis computation is required | (f) Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| A | INVESCO DB AGRICULTURE FUND | P | | 8078 | | |
| B | UNITED STATES NATURAL GAS FUND LP | P | | 6760 | | |
| C | INVESCO DB US DOLLAR INDEX BULLISH | P | | 8082 | | |
| D | GUARANTEED PAYMENTS - CAPITAL | P | | 8082 | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (g) Passive loss allowed (attach Form 8582 if required) | (h) Passive income from Schedule K-1 | (i) Nonpassive loss allowed (see Schedule K-1) | (j) Section 179 expense deduction from Form 4562 | (k) Nonpassive income from Schedule K-1 |
| A | PTP   0 | | | | |
| B | | | 0 | | |
| C | | | 0 | | |
| D | | | 0 | | 3 |
| 29a | Totals | | | | 3 |
| b | Totals | | | | |

| 30 | Add columns (h) and (k) of line 29a | | 30 | 3 |
|---|---|---|---|---|
| 31 | Add columns (g), (i), and (j) of line 29b | | 31 | ( 0 ) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 | | 32 | 3 |

## Part III   Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a | Totals | | | |
| b | Totals | | | |

| 35 | Add columns (d) and (f) of line 34a | | 35 | |
|---|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | | 36 | ( ) |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36 | | 37 | |

## Part IV   Income or Loss From Real Estate Mortgage Investment Conduits (REMICs)—Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | | 39 | |
|---|---|---|---|---|

## Part V   Summary

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 | 41 | 3 |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. See instructions    | 42 | |
| 43 | Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules    | 43 | |

DAA      Schedule E (Form 1040) 2024

Case: 25-40642   Doc# 1   Filed: 04/14/25   Entered: 04/14/25 17:52:22   Page 27 of 80

Form **1116**

Department of the Treasury
Internal Revenue Service

## Foreign Tax Credit
**(Individual, Estate, or Trust)**
**Attach to Form 1040, 1040-SR, 1040-NR, 1041, or 990-T.**
**Go to** *www.irs.gov/Form1116* **for instructions and the latest information.**

OMB No. 1545-0121

**2024**

Attachment
Sequence No. **19**

Name

**MICHAEL LICKISS**

**Identifying number** as shown on page 1 of your tax return

██████ 2256

Use a separate Form 1116 for each category of income listed below. See *Categories of Income* in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

a ☐ Section 951A category income
b ☐ Foreign branch category income
c ☒ Passive category income
d ☐ General category income
e ☐ Section 901(j) income
f ☐ Certain income re-sourced by treaty
g ☐ Lump-sum distributions

h   Resident of (name of country)   **US UNITED STATES**

**Note:** If you paid taxes to only one foreign country or U.S. territory, use column A in Part I and line A in Part II. If you paid taxes to **more than one** foreign country or U.S. territory, use a separate column and line for each country or territory.

### Part I   Taxable Income or Loss From Sources Outside the United States (for category checked above)

| | | Foreign Country or U.S. Territory | | | Total |
| | | **A OC** | **B** | **C** | (Add cols. A, B, and C.) |
|---|---|---|---|---|---|
| i | Enter the name of the foreign country or U.S. territory . . . . . . . . . . . . . . . . . . . . . | RIC | | | |
| 1a | Gross income from sources within country shown above and of the type checked above (see instructions): . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| | **DIVIDENDS & INTEREST** | **10** | | | 1a   **10** |
| b | Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source. See instructions . . . . . . . . . . . . . . . . . . . . . ☐ | | | | |
| Deductions and losses (Caution: See instructions.): | | | | | |
| 2 | Expenses definitely related to the income on line 1a (attach statement) . . . . . . . . . . . . . . . . . . . | | | | |
| 3 | Pro rata share of other deductions **not definitely related:** | | | | |
| a | Certain itemized deductions or standard deduction (see instructions) . . . . . . . . . . . . . | **16,558** | | | |
| b | Other deds. (attach stmt.) . . . . . . . . . . . . . . . . . . | | | | |
| c | Add lines 3a and 3b . . . . . . . . . . . . . . | **16,558** | | | |
| d | Gross foreign source income (see instructions) . | **10** | | | |
| e | Gross income from all sources (see instructions) | **761,134** | | | |
| f | Divide line 3d by line 3e (see instructions) . | | | | |
| g | Multiply line 3c by line 3f . . . . . . . . . . . | | | | |
| 4 | Pro rata share of interest expense (see instructions): | | | | |
| a | Home mortgage interest (use the Worksheet for Home Mortgage Interest in the instructions) . . . . . . . | | | | |
| b | Other interest expense . . . . . . . . . . . . . | | | | |
| 5 | Losses from foreign sources . . . . . . . . | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | | | |
| 7 | Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 . . . . . . . . . . . . . . . . . . | | | 7 | **10** |

### Part II   Foreign Taxes Paid or Accrued (see instructions)

| Country | Credit is claimed for taxes (you must check one) (j) ☒ Paid (k) ☐ Accrued | | Foreign taxes paid or accrued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | In foreign currency | | | | In U.S. dollars | | | | |
| | | (l) Date paid or accrued | Taxes withheld at source on: | | | (p) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (t) Other foreign taxes paid or accrued | (u) Total foreign taxes paid or accrued (add cols. (q) through (t)) |
| | | | (m) Dividends | (n) Rents and royalties | (o) Interest | | (q) Dividends | (r) Rents and royalties | (s) Interest | | |
| A | **1099 TAX** | | | | | | **1** | | | | **1** |
| B | | | | | | | | | | | |
| C | | | | | | | | | | | |

| 8 | Add lines A through C, column (u). Enter the total here and on line 9, page 2 . . . . . . . . . . . . . . . . . . | 8 | **1** |
|---|---|---|---|

For Paperwork Reduction Act Notice, see instructions.

DAA

Form **1116** (2024)

MICHAEL LICKISS

■■■■■2256

| Part III | | **Figuring the Credit** | | |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I ............ | 9 | 1 | |
| 10 | Enter the sum of any carryover of foreign taxes (from Schedule B, line 3, column (xiv)) plus any carrybacks to the current tax year. If you enter an amount on line 10 and you don't need to attach Schedule B, check here (see instructions) .............. ☐ | 10 | | |
| | (If your income was section 951A category income (box a above Part I), leave line 10 blank.) | | | |
| 11 | Add lines 9 and 10 ......................................... | 11 | 1 | |
| 12 | Reduction in foreign taxes (see instructions) .................. | 12 | ( ) | |
| 13 | Taxes reclassified under high tax kickout (see instructions) ....... | 13 | | |
| 14 | Combine lines 11, 12, and 13. This is the total amount of foreign taxes available for credit | 14 | | 1 |
| 15 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I. See instructions ................... | 15 | 10 | |
| 16 | Adjustments to line 15 (see instructions) ..................... | 16 | | |
| 17 | Combine the amounts on lines 15 and 16. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 18 through 24. However, if you are filing more than one Form 1116, you must complete line 20.) .................. | 17 | 10 | |
| 18 | **Individuals:** Enter the amount from line 15 of your Form 1040, 1040-SR, or 1040-NR. **Estates and trusts:** Enter your taxable income without the deduction for your exemption ................................ | 18 | −52,100 | |
| | **Caution:** If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions. | | | |
| 19 | Divide line 17 by line 18. If line 17 is more than line 18, enter "1" ............ | 19 | | 1.0000 |
| 20 | **Individuals:** Enter the total of Form 1040, 1040-SR, or 1040-NR, line 16, and Schedule 2 (Form 1040), line 1z. **Estates and trusts:** See instructions ....... | 20 | | |
| | **Caution:** If you are completing line 20 for separate category **g** (lump-sum distributions), or, if you file Form 8978, Partner's Additional Reporting Year Tax, see instructions. | | | |
| 21 | Multiply line 20 by line 19 (maximum amount of credit) ........... | 21 | | |
| 22 | Increase in limitation (section 960 (c)) (see instructions) ......... | 22 | | |
| 23 | Add lines 21 and 22 ....................................... | 23 | | |
| 24 | Enter the **smaller** of line 14 or line 23. If this is the only Form 1116 you are filing, skip lines 25 through 32 and enter this amount on line 33. Otherwise, complete the appropriate line in Part IV See instructions instructions .......................................... | 24 | | |

| Part IV | | **Summary of Credits From Separate Parts III** (see instructions) | | |
|---|---|---|---|---|
| 25 | Credit for taxes on section 951A category income ............... | 25 | | |
| 26 | Credit for taxes on foreign branch category income ............. | 26 | | |
| 27 | Credit for taxes on passive category income .................. | 27 | | |
| 28 | Credit for taxes on general category income .................. | 28 | | |
| 29 | Credit for taxes on section 901(j) income .................... | 29 | | |
| 30 | Credit for taxes on certain income re-sourced by treaty .......... | 30 | | |
| 31 | Credit for taxes on lump-sum distributions ................... | 31 | | |
| 32 | Add lines 25 through 31 .................................... | | 32 | |
| 33 | Enter the **smaller** of line 20 or line 32 .................... | | 33 | |
| 34 | Reduction of credit for international boycott operations. See instructions for line 12 ..... | | 34 | |
| 35 | Subtract line 34 from line 33. This is your **foreign tax credit.** Enter here and on Schedule 3 (Form 1040), line 1; Form 1041, Schedule G, line 2a; or Form 990-T, Part III, line 1a ............ | | 35 | 0 |

DAA
Case: 25-40642   Doc# 1   Filed: 04/14/25   Entered: 04/14/25 17:52:22   Page 29 of 80

| SCHEDULE EIC | **Earned Income Credit** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | Qualifying Child Information | **2024** |
| Department of the Treasury<br>Internal Revenue Service | Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.<br>Go to *www.irs.gov/ScheduleEIC* for the latest information. | Attachment<br>Sequence No. **43** |

| Name(s) shown on return | Your social security number |
|---|---|
| MICHAEL LICKISS<br>SARAH A LICKISS | ████2256 |

If you are separated from your spouse, filing a separate return, and meet the requirements to claim the EIC (see instructions), check here ☐

**Before you begin:**
- See the instructions for Form 1040, line 27, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child. See also Pub. 596.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 800-772-1213.
- If you have a child who meets the conditions to be your qualifying child for purposes of claiming the EIC, but that child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.

**! CAUTION**
- You can't claim the EIC for a child who didn't live with you for more than half of the year.
- If your child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.
- If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.
- It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.

## Qualifying Child Information

| | | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| **1** | **Child's name**<br>If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name / Last name<br>████ LICKISS | First name / Last name<br>████ LICKISS | First name / Last name<br>████ LICKISS |
| **2** | **Child's SSN**<br>The child must have an SSN as defined in the instructions for Form 1040, line 27, unless the child was born and died in 2024 or you are claiming the self-only EIC (see instructions). If your child was born and died in 2024 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | ████ | ████ | ████ |
| **3** | **Child's year of birth** | Year ████<br>*If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year ████<br>*If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year ████<br>*If born after 2005 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4a** | Was the child under age 24 at the end of 2024, a student, and younger than you (or your spouse, if filing jointly)? | ☒ Yes. *Go to line 5.* ☐ No. *Go to line 4b.* | ☐ Yes. *Go to line 5.* ☐ No. *Go to line 4b.* | ☐ Yes. *Go to line 5.* ☐ No. *Go to line 4b.* |
| **b** | Was the child permanently and totally disabled during any part of 2023? | ☐ Yes. *Go to line 5.* ☐ No. *The child is not a qualifying child.* | ☐ Yes. *Go to line 5.* ☐ No. *The child is not a qualifying child.* | ☐ Yes. *Go to line 5.* ☐ No. *The child is not a qualifying child.* |
| **5** | **Child's relationship to you**<br>(for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | SON | SON | DAUGHTER |
| **6** | **Number of months child lived with you in the United States during 2024**<br>• If the child lived with you for more than half of 2024 but less than 7 months, enter "7."<br>• If the child was born or died in 2024 and your home was the child's home for more than half the time he or she was alive during 2024, enter "12." | **12** months<br>*Do not enter more than 12 months.* | **12** months<br>*Do not enter more than 12 months.* | **12** months<br>*Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule EIC (Form 1040) 2024

| SCHEDULE 8812 | Credits for Qualifying Children | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | **and Other Dependents** | **2024** |
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR. Go to www.irs.gov/Schedule8812 for instructions and the latest information. | Attachment Sequence No. **47** |

Name(s) shown on return

MICHAEL & SARAH A LICKISS

Your social security number

■■■■2256

### Part I    Child Tax Credit and Credit for Other Dependents

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR .................... | **1** | **-3,684** |
| 2a | Enter income from Puerto Rico that you excluded .................... **2a** | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 .......... **2b** | | |
| c | Enter the amount from line 15 of your Form 4563 .................... **2c** | | |
| d | Add lines 2a through 2c | **2d** | |
| 3 | Add lines 1 and 2d | **3** | **-3,684** |
| 4 | Number of qualifying children under age 17 with the required social security number **4** | **1** | |
| 5 | Multiply line 4 by $2,000 | **5** | **2,000** |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number **6** | **2** | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | |
| 7 | Multiply line 6 by $500 .................... | **7** | **1,000** |
| 8 | Add lines 5 and 7 .................... | **8** | **3,000** |
| 9 | Enter the amount shown below for your filing status. • Married filing jointly—$400,000 • All other filing statuses—$200,000 .................... | **9** | **400,000** |
| 10 | Subtract line 9 from line 3. • If zero or less, enter -0-. • If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. .................... | **10** | **0** |
| 11 | Multiply line 10 by 5% (0.05) .................... | **11** | |
| 12 | Is the amount on line 8 more than the amount on line 11? .................... | **12** | **3,000** |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27. | | |
| | ☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | |
| 13 | Enter the amount from the **Credit Limit Worksheet A** .................... | **13** | |
| 14 | Enter the smaller of line 12 or 13. **This is your child tax credit and credit for other dependents** .................... | **14** | |
| | **Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19.** | | |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27 (also complete Schedule 3, line 11) before completing Part II-A.

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 8812 (Form 1040) 2024

DAA

**MICHAEL & SARAH A LICKISS**

| Part II-A | Additional Child Tax Credit for All Filers | | |
|---|---|---|---|

**Caution:** If you file Form 2555, you cannot claim the additional child tax credit.

| 15 | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 | | ☐ |
|---|---|---|---|
| 16a | Subtract line 14 from line 12. If zero, **stop here**; you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 | **16a** | **3,000** |
| b | Number of qualifying children under age 17 with the required social security number: ___1___ x $1,700. Enter the result. If zero, **stop here**; you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 | **16b** | **1,700** |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | | |
| 17 | Enter the **smaller** of line 16a or line 16b | **17** | **1,700** |
| 18a | Earned income (see instructions)    **18a**   **3,745** | | |
| b | Nontaxable combat pay (see instructions)   **18b** | | |
| 19 | Is the amount on line 18a more than $2,500? | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result   **19**   **1,245** | | |
| 20 | Multiply the amount on line 19 by 15% (0.15) and enter the result | **20** | **187** |
| | **Next.** On line 16b, is the amount $5,100 or more? | | |
| | ☒ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27. | | |
| | ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | | |

| Part II-B | Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico | | |
|---|---|---|---|

| 21 | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions. | **21** | | |
|---|---|---|---|---|
| 22 | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 | **22** | | |
| 23 | Add lines 21 and 22 | **23** | | |
| 24 | **1040 and** | | | |
| | **1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 11. | | | |
| | **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | **24** | | |
| 25 | Subtract line 24 from line 23. If zero or less, enter -0- | | **25** | |
| 26 | Enter the **larger** of line 20 or line 25 | | **26** | |
| | **Next,** enter the **smaller** of line 17 or line 26 on line 27. | | | |

| Part II-C | Additional Child Tax Credit | | |
|---|---|---|---|

| 27 | This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28 | **27** | **187** |
|---|---|---|---|

| Form **4952** | **Investment Interest Expense Deduction** | OMB No. 1545-0191 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | **Attach to your tax return.**<br>**Go to** *www.irs.gov/Form4952* **for the latest information.** | **2024**<br>Attachment<br>Sequence No. **51** |

| Name(s) shown on return | Identifying number |
|---|---|
| MICHAEL & SARAH A LICKISS | ████ 2256 |

### Part I — Total Investment Interest Expense

| | | | |
|---|---|---|---:|
| **1** | Investment interest expense paid or accrued in 2024 (see instructions) | **1** | 2,460 |
| **2** | Disallowed investment interest expense from 2023 Form 4952, line 7 | **2** | |
| **3** | **Total investment interest expense.** Add lines 1 and 2 | **3** | 2,460 |

### Part II — Net Investment Income

| | | | | | |
|---|---|---|---:|---|---:|
| **4a** | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | **4a** | 2,122 | | |
| **b** | Qualified dividends included on line 4a | **4b** | 94 | | |
| **c** | Subtract line 4b from line 4a | | | **4c** | 2,028 |
| **d** | Net gain from the disposition of property held for investment | **4d** | | | |
| **e** | Enter the smaller of line 4d or your net capital gain from the disposition of property held for investment. See instructions | **4e** | | | |
| **f** | Subtract line 4e from line 4d | | | **4f** | |
| **g** | Enter the amount from lines 4b and 4e that you elect to include in investment income. See instructions | | | **4g** | 94 |
| **h** | Investment income. Add lines 4c, 4f, and 4g | | | **4h** | 2,122 |
| **5** | Investment expenses (see instructions) | | | **5** | |
| **6** | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | **6** | 2,122 |

### Part III — Investment Interest Expense Deduction

| | | | |
|---|---|---|---:|
| **7** | Disallowed investment interest expense to be carried forward to 2025. Subtract line 6 from line 3. If zero or less, enter -0- | **7** | 338 |
| **8** | **Investment interest expense deduction.** Enter the **smaller** of line 3 or line 6. See instructions | **8** | 2,122 |

**For Paperwork Reduction Act Notice, see page 4.**      Form **4952** (2024)

DAA

**ALT. MIN. TAX**

Form **4952**

Department of the Treasury
Internal Revenue Service

# Investment Interest Expense Deduction

**Attach to your tax return.**

**Go to** *www.irs.gov/Form4952* **for the latest information.**

OMB No. 1545-0191

**2024**

Attachment
Sequence No. **51**

Name(s) shown on return

MICHAEL & SARAH A LICKISS

Identifying number

███-2256

| Part I | Total Investment Interest Expense | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 2024 (see instructions) | **1** | **2,460** |
| 2 | Disallowed investment interest expense from 2023 Form 4952, line 7 | **2** | |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | **3** | **2,460** |

| Part II | Net Investment Income | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) | **4a** | **2,122** | | |
| b | Qualified dividends included on line 4a | **4b** | **94** | | |
| c | Subtract line 4b from line 4a | | | **4c** | **2,028** |
| d | Net gain from the disposition of property held for investment | **4d** | | | |
| e | Enter the smaller of line 4d or your net capital gain from the disposition of property held for investment. See instructions | **4e** | | | |
| f | Subtract line 4e from line 4d | | | **4f** | |
| g | Enter the amount from lines 4b and 4e that you elect to include in investment income. See instructions | | | **4g** | **94** |
| h | Investment income. Add lines 4c, 4f, and 4g | | | **4h** | **2,122** |
| 5 | Investment expenses (see instructions) | | | **5** | |
| 6 | **Net investment income.** Subtract line 5 from line 4h. If zero or less, enter -0- | | | **6** | **2,122** |

| Part III | Investment Interest Expense Deduction | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 2025. Subtract line 6 from line 3. If zero or less, enter -0- | **7** | **338** |
| 8 | **Investment interest expense deduction.** Enter the **smaller** of line 3 or line 6. See instructions | **8** | **2,122** |

**For Paperwork Reduction Act Notice, see page 4.**

Form **4952** (2024)

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

Attach to your tax return.
Go to *www.irs.gov/Form8995* for instructions and the latest information.

OMB No. 1545-2294

**2024**

Attachment
Sequence No. **55**

Name(s) shown on return

**MICHAEL & SARAH A LICKISS**

Your taxpayer identification number

**2256**

**Note:** *You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $191,950 ($383,900 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | FOUNDATION FINANCIAL GROUP | 9907 | -22,249 |
| ii | PACIFIC WEALTH ADVISORY SERVICE LLC | 1761 | 6,289 |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** | –15,960 | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** | 0 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | | **5** |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | 0 | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | | **9** |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | | **10** | 0 |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** | –52,100 | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | **12** | 94 | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** | 0 | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | | **14** | 0 |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | **15** | 0 |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | | **16** | ( 15,960 ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | | **17** | ( ) |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8995** (2024)

DAA

Form **8867**

(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

**Paid Preparer's Due Diligence Checklist**

*Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC),
Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and
Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status*
**To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, or 1040-SS.**
**Go to www.irs.gov/Form8867 for instructions and the latest information.**

OMB No. 1545-0074

For tax year
20 **24**

Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| MICHAEL & SARAH A LICKISS | 2256 |
| Preparer's name | Preparer tax identification number |
| PATRICK J. FOVEL | P00317681 |

**Part I    Due Diligence Requirements**

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I–V
for the benefit(s) claimed (check all that apply).     [X] EIC     [X] CTC/ACTC/ODC     [ ] AOTC     [ ] HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did you complete the return based on information for the applicable tax year provided by the taxpayer or reasonably obtained by you? | X | | |
| 2 | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-SS, or Schedule 8812 (Form 1040) instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? | X | | |
| 3 | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. <br> • Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. <br> • Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of any credit(s) | X | | |
| 4 | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If "Yes" answer questions 4a and 4b. If "No" go to question 5.) | | X | |
| a | Did you make reasonable inquiries to determine the correct, complete, and consistent information? | | | |
| b | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) | | | |
| 5 | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in question 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to figure the amount(s) of the credit(s) | X | | |

List those documents provided by the taxpayer, if any, that you relied on:
CLIENT DOCUMENTS

| | | Yes | No | N/A |
|---|---|---|---|---|
| 6 | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit? | X | | |
| 7 | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? **(If credits were disallowed or reduced, go to question 7a; if not, go to question 8.)** | X | | |
| a | Did you complete the required recertification Form 8862? | | | |
| 8 | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040)? | X | | |

For Paperwork Reduction Act Notice, see separate instructions.     Form **8867** (Rev. 11-2024)

**MICHAEL & SARAH A LICKISS**

| Part II | Due Diligence Questions for Returns Claiming EIC (If the return does not claim EIC, go to Part III.) | Yes | No | N/A |
|---|---|---|---|---|
| 9a | Have you determined that the taxpayer is eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? **(If the taxpayer is claiming the EIC and does not have a qualifying child, go to question 10.)** | X | | |
| b | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? | X | | |
| c | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? | X | | |

| Part III | Due Diligence Questions for Returns Claiming CTC/ACTC/ODC (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | Yes | No | N/A |
|---|---|---|---|---|
| 10 | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | X | | |
| 11 | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the child has not lived with the taxpayer for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | | | |
| 12 | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | | | X |

| Part IV | Due Diligence Questions for Returns Claiming AOTC (If the return does not claim AOTC, go to Part V.) | Yes | No |
|---|---|---|---|
| 13 | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? | | |

| Part V | Due Diligence Questions for Claiming HOH (If the return does not claim HOH filing status, go to Part VI.) | Yes | No |
|---|---|---|---|
| 14 | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? | | |

| Part VI | Eligibility Certification |
|---|---|

You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:

   A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

   B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

   C. Submit Form 8867 in the manner required; **and**

   D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention*.

      1. A copy of this Form 8867.

      2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

      3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

      4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

      5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

**If you have not complied with all due diligence requirements, you may have to pay a penalty for each failure to comply related to a claim of an applicable credit or HOH filing status (see instructions for more information).**

| | | Yes | No |
|---|---|---|---|
| 15 | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? | X | |

**Form 6781**

Department of the Treasury
Internal Revenue Service

### Gains and Losses From Section 1256 Contracts and Straddles

Attach to your tax return.
Go to *www.irs.gov/Form6781* for the latest information.

OMB No. 1545-0644

**2024**

Attachment
Sequence No. **82**

| Name(s) shown on tax return | Identifying number |
|---|---|
| MICHAEL & SARAH A LICKISS | ▮▮▮-2256 |

Check all applicable boxes.
See instructions.

**A** ☐ Mixed straddle election
**B** ☐ Straddle-by-straddle identification election
**C** ☐ Mixed straddle account election
**D** ☐ Net section 1256 contracts loss election

### Part I — Section 1256 Contracts Marked to Market

| | (a) Identification of account | (b) (Loss) | (c) Gain | |
|---|---|---|---|---|
| 1 | INVESCO DB AGRICULTURE FUND 87-0778078 | | 22 | |
| | INVESCO DB US DOLLAR INDEX BULLISH 87-0778082 | | 6 | |

| | | | | |
|---|---|---|---|---|
| 2 | Add the amounts on line 1 in columns (b) and (c) .......... **2** ( | ) | **2** | 28 |
| 3 | Net gain or (loss). Combine line 2, columns (b) and (c) ....................... | | **3** | 28 |
| 4 | Form 1099-B adjustments. See instructions and attach statement ........... | | **4** | |
| 5 | Combine lines 3 and 4 ........................................................... | | **5** | 28 |

**Note:** If line 5 shows a net gain, skip line 6 and enter the gain on line 7. Partnerships and S corporations, see instructions.

| | | | | |
|---|---|---|---|---|
| 6 | If you have a net section 1256 contracts loss and checked box D above, enter the amount of loss to be carried back. Enter the loss as a positive number. If you didn't check box D, enter -0- | | **6** | |
| 7 | Combine lines 5 and 6 ........................................................... | | **7** | 28 |
| 8 | **Short-term capital gain or (loss).** Multiply line 7 by 40% (0.40). Enter here and include on line 4 of Schedule D or on Form 8949. See instructions | | **8** | 11 |
| 9 | **Long-term capital gain or (loss).** Multiply line 7 by 60% (0.60). Enter here and include on line 11 of Schedule D or on Form 8949. See instructions | | **9** | 17 |

### Part II — Gains and Losses From Straddles. Attach a separate statement listing each straddle and its components.

**Section A – Losses From Straddles**

| (a) Description of property | (b) Date entered into or acquired | (c) Date closed out or sold | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Loss. If column (e) is more than (d), enter difference. Otherwise, enter -0-. | (g) Unrecognized gain on offsetting positions | (h) Recognized loss. If column (f) is more than (g), enter difference. Otherwise, enter -0-. |
|---|---|---|---|---|---|---|---|
| 10 | | | | | | | |

| | | | |
|---|---|---|---|
| 11a | Enter the short-term portion of losses from line 10, column (h), here and include on line 4 of Schedule D or on Form 8949. See instructions | **11a** | ( ) |
| b | Enter the long-term portion of losses from line 10, column (h), here and include on line 11 of Schedule D or on Form 8949. See instructions | **11b** | ( ) |

**Section B – Gains From Straddles**

| (a) Description of property | (b) Date entered into or acquired | (c) Date closed out or sold | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Gain. If column (d) is more than (e), enter difference. Otherwise, enter -0-. |
|---|---|---|---|---|---|
| 12 | | | | | |

| | | | |
|---|---|---|---|
| 13a | Enter the short-term portion of gains from line 12, column (f), here and include on line 4 of Schedule D or on Form 8949. See instructions | **13a** | |
| b | Enter the long-term portion of gains from line 12, column (f), here and include on line 11 of Schedule D or on Form 8949. See instructions | **13b** | |

### Part III — Unrecognized Gains From Positions Held on Last Day of Tax Year. Memo entry only (see instructions)

| (a) Description of property | (b) Date acquired | (c) Fair market value on last business day of tax year | (d) Cost or other basis as adjusted | (e) Unrecognized gain. If column (c) is more than (d), enter difference. Otherwise, enter -0-. |
|---|---|---|---|---|
| 14 | | | | |

For Paperwork Reduction Act Notice, see instructions.

Form **6781** (2024)

DAA

# Form **7206**

Department of the Treasury
Internal Revenue Service

## Self-Employed Health Insurance Deduction

**Attach to Form 1040, 1040-SR, or 1040-NR.**
Go to *www.irs.gov/Form7206* for instructions and the latest information.

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **206**

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| MICHAEL       LICKISS | ▉▉▉-2256 |

**Note:** Use a separate Form 7206 for each trade or business under which an insurance plan is established.

| | | | |
|---|---|---|---:|
| **1** | Enter the total amount paid in 2024 for health insurance coverage established under your business (or the S corporation in which you were a more-than-2% shareholder) for 2024 for you, your spouse, and your dependents. But **don't** include the following. See instructions | **1** | 6,558 |
| | ● Amounts for any month you were eligible to participate in a health plan subsidized by your employer or your spouse's employer or the employer of either your dependent or your child who was under the age of 27 at the end of 2024. | | |
| | ● Any amounts paid, not to exceed $3,000, from retirement plan distributions that were **nontaxable** because you are a retired public safety officer. See instructions. | | |
| | ● Any payments for qualified long-term care insurance (see line 2). | | |
| **2** | For coverage under a qualified long-term care insurance contract, enter for each person covered the **smaller** of (a) or (b). | | |
| | **(a)** Total payments made for that person during the year. | | |
| | **(b)** The amount shown below. Use the person's age at the end of the tax year. | | |
| | $470 — if that person is age 40 or younger | | |
| | $880 — if age 41 to 50 | | |
| | $1760 — if age 51 to 60 | | |
| | $4710 — if age 61 to 70 | | |
| | $5880 — if age 71 or older | | |
| | **Note:** The amount of long-term care premiums that can be included as a medical expense is limited by the person's age. **Don't** include payments for any month you were eligible to participate in a long-term care insurance plan subsidized by your employer or your spouse's employer, or the employer of either your dependent or your child who was under the age of 27 at the end of 2024. If more than one person is covered, figure separately the amount to enter for each person. Then enter the total of those amounts | **2** | |
| **3** | Add lines 1 and 2 | **3** | 6,558 |
| **4** | Enter your net profit* and any other earned income** from the trade or business under which the insurance plan is established. Don't include Conservation Reserve Program payments exempt from self-employment tax. If the business is an S corporation, skip to line 11 | **4** | 0 |
| **5** | Enter the total of all net profits* from Schedule C (Form 1040), line 31; Schedule F (Form 1040), line 34; or Schedule K-1 (Form 1065), box 14, code A, plus any other income allocable to the profitable businesses. Don't include Conservation Reserve Program payments exempt from self-employment tax. See the Instructions for Schedule SE (Form 1040). **Don't** include any net losses shown on these schedules | **5** | 14,731 |
| **6** | Divide line 4 by line 5 | **6** | |
| **7** | Multiply Schedule 1 (Form 1040), line 15, deductible part of self-employment tax, by the percentage on line 6 | **7** | |
| **8** | Subtract line 7 from line 4 | **8** | |
| **9** | Enter the amount, if any, from Schedule 1 (Form 1040), line 16, self-employed SEP, SIMPLE, and qualified plans, attributable to the same trade or business in which the insurance plan is established | **9** | |
| **10** | Subtract line 9 from line 8 | **10** | |
| **11** | Enter your Medicare wages (box 5 of Form W-2) from an S corporation in which you are a more-than-2% shareholder and in which the insurance plan is established | **11** | |
| **12** | Enter any amount from Form 2555, line 45, attributable to the amount entered on line 4 or 11 above | **12** | |
| **13** | Subtract line 12 from line 10 or 11, whichever applies | **13** | |
| **14** | **Self-employed health insurance deduction.** Enter the **smaller** of line 3 or line 13 here and on Schedule 1 (Form 1040), line 17. **Don't** include this amount when figuring any medical expense deduction on Schedule A (Form 1040) | **14** | |

\* If you used either optional method to figure your net earnings from self-employment from any business, don't enter your net profit from the business. Instead, enter the amount attributable to that business from Schedule SE (Form 1040), Part I, line 4b.

\*\***Earned income** includes net earnings and gains from the sale, transfer, or licensing of property you created. However, it doesn't include capital gain income.

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**

Form **7206** (2024)

DAA

| Form **7206** | **Self-Employed Health Insurance Deduction** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form7206* for instructions and the latest information. | **2024**<br>Attachment Sequence No. **206** |

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| MICHAEL LICKISS | ███-2256 |

**Note:** Use a separate Form 7206 for each trade or business under which an insurance plan is established.

| | | | |
|---|---|---|---|
| **1** | Enter the total amount paid in 2024 for health insurance coverage established under your business (or the S corporation in which you were a more-than-2% shareholder) for 2024 for you, your spouse, and your dependents. But **don't** include the following. See instructions | **1** | 6,558 |
| | ● Amounts for any month you were eligible to participate in a health plan subsidized by your employer or your spouse's employer or the employer of either your dependent or your child who was under the age of 27 at the end of 2024. | | |
| | ● Any amounts paid, not to exceed $3,000, from retirement plan distributions that were **nontaxable** because you are a retired public safety officer. See instructions. | | |
| | ● Any payments for qualified long-term care insurance (see line 2). | | |
| **2** | For coverage under a qualified long-term care insurance contract, enter for each person covered the **smaller** of (a) or (b). | | |
| | **(a)** Total payments made for that person during the year. | | |
| | **(b)** The amount shown below. Use the person's age at the end of the tax year. | | |
| | $470 — if that person is age 40 or younger | | |
| | $880 — if age 41 to 50 | | |
| | $1760 — if age 51 to 60 | | |
| | $4710 — if age 61 to 70 | | |
| | $5880 — if age 71 or older | | |
| | **Note:** The amount of long-term care premiums that can be included as a medical expense is limited by the person's age. **Don't** include payments for any month you were eligible to participate in a long-term care insurance plan subsidized by your employer or your spouse's employer, or the employer of either your dependent or your child who was under the age of 27 at the end of 2024. If more than one person is covered, figure separately the amount to enter for each person. Then enter the total of those amounts | **2** | |
| **3** | Add lines 1 and 2 | **3** | 6,558 |
| **4** | Enter your net profit* and any other earned income** from the trade or business under which the insurance plan is established. Don't include Conservation Reserve Program payments exempt from self-employment tax. If the business is an S corporation, skip to line 11 | **4** | 12,847 |
| **5** | Enter the total of all net profits* from Schedule C (Form 1040), line 31; Schedule F (Form 1040), line 34; or Schedule K-1 (Form 1065), box 14, code A, plus any other income allocable to the profitable businesses. Don't include Conservation Reserve Program payments exempt from self-employment tax. See the Instructions for Schedule SE (Form 1040). **Don't** include any net losses shown on these schedules | **5** | 14,731 |
| **6** | Divide line 4 by line 5 | **6** | 0.8721 |
| **7** | Multiply Schedule 1 (Form 1040), line 15, deductible part of self-employment tax, by the percentage on line 6 | **7** | |
| **8** | Subtract line 7 from line 4 | **8** | 12,847 |
| **9** | Enter the amount, if any, from Schedule 1 (Form 1040), line 16, self-employed SEP, SIMPLE, and qualified plans, attributable to the same trade or business in which the insurance plan is established | **9** | |
| **10** | Subtract line 9 from line 8 | **10** | 12,847 |
| **11** | Enter your Medicare wages (box 5 of Form W-2) from an S corporation in which you are a more-than-2% shareholder and in which the insurance plan is established | **11** | |
| **12** | Enter any amount from Form 2555, line 45, attributable to the amount entered on line 4 or 11 above | **12** | |
| **13** | Subtract line 12 from line 10 or 11, whichever applies | **13** | 12,847 |
| **14** | **Self-employed health insurance deduction.** Enter the **smaller** of line 3 or line 13 here and on Schedule 1 (Form 1040), line 17. **Don't** include this amount when figuring any medical expense deduction on Schedule A (Form 1040) | **14** | 6,558 |

\* If you used either optional method to figure your net earnings from self-employment from any business, don't enter your net profit from the business. Instead, enter the amount attributable to that business from Schedule SE (Form 1040), Part I, line 4b.

\*\***Earned income** includes net earnings and gains from the sale, transfer, or licensing of property you created. However, it doesn't include capital gain income.

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Form **7206** (2024)

DAA

FINANCIAL PLANNING


### Statement 1 - Schedule 1 (1040), Line 8z - Other Income

| Description | Amount |
|---|---|
| CHARLES SCHWAB & CO., INC | $ 4 |
| KAISER FOUNDATION HEALTH | 942 |
| KAISER FOUNDATION HEALTH | 942 |
| TOTAL | $ 1,888 |

# Federal  Statements

### Form 1040, Line 2a - Tax-exempt Interest

| Payer | Amount |
|---|---:|
| NATIONAL  FINANCIAL  SERVICES  LLC  00869 | $ 9 |
| ALTRUIST  56545 | 9 |
| ALTRUIST  57018 | 1 |
| TOTAL | $ 19 |

### Form 1040, Dividend Income

| Payer | Ordinary Dividends | Qualified Dividends | Section 199A Dividends |
|---|---:|---:|---:|
| PUTNAM  CORE  EQUITY | $ 2 | $ 2 | $ |
| GEORGE  PUTNAM  FUND  A | 60 | 18 | |
| GEORGE  PUTNAM  FUND  A | 75 | 23 | |
| PUTNAM  LARGE  CAP | 2 | 2 | |
| GEORGE  PUTNAM  FUND  A | 73 | 22 | |
| NATIONAL  FINANCIAL  SERVICES  LLC  00869 | 369 | 10 | |
| CHARLES  SCHWAB  &  CO.,  INC  62820 | 1,270 | 10 | |
| ALTRUIST  56545 | 106 | 4 | |
| ALTRUIST  57018 | 22 | 3 | |
| INVESCO  DB  AGRICULTURE  FUND | 1 | | |
| TOTAL | $ 1,980 | $ 94 | $ |

# Federal  Statements

### Form 1040, Line 7 - Capital Gain Distributions

| Payer | Capital Gain Distribution |
|---|---:|
| PUTNAM CORE EQUITY | $            8 |
| GEORGE PUTNAM FUND A | 60 |
| GEORGE PUTNAM FUND A | 75 |
| PUTNAM LARGE CAP | 22 |
| GEORGE PUTNAM FUND A | 73 |
| NATIONAL FINANCIAL SERVICES LLC 00869 | 5 |
| ALTRUIST 57018 | 15 |
| TOTAL | $          258 |

### Form 1040, Line 26 - Estimated Tax Payments and Amount Applied From Previous Year

| Description | Amount |
|---|---:|
| 4TH QUARTER ESTIMATE PAYMENT | $        7,000 |
| TOTAL | $        7,000 |

# Federal  Statements

### Schedule A, Line 1 - Medical and Dental Expenses

| Description | Amount |
|---|---|
| SE HEALTH INS PREM - SCH CS | $ 6,558 |
| TOTAL | $ 6,558 |

### Schedule A, Line 5a - State and Local Taxes

| Description | Amount |
|---|---|
| STATE DISABILITY FUND W/H | $ 102 |
| TOTAL INCOME TAXES* | 102 |
| GENERAL SALES TAX | 45 |
| TOTAL SALES TAXES | 45 |

*INCOME TAXES ARE BEING DEDUCTED

### Schedule A, Line 5b - Real Estate Taxes

| Description | Amount |
|---|---|
| CONTRA COSTA COUNTY | $ 6,775 |
| CONTRA COSTA COUNTY | 6,881 |
| TOTAL | $ 13,656 |

### Schedule A, Line 5c - Personal Property Taxes

| Description | Amount |
|---|---|
| | $ 371 |
| | 240 |
| | 834 |
| TOTAL | $ 1,445 |

### Schedule A, Line 8a - Home Mortgage Interest & Points From Form 1098

| Description | Amount |
|---|---|
| THIRD FEDERAL SAVINGS AND LOA | $ |
| PENTAGON FEDERAL CREDIT UNION | |
| MORTGAGE INT - WORKSHEET A | 29,736 |
| TOTAL | $ 29,736 |

-2256

# Federal  Statements

## Schedule A, Line 11 - Charitable Contributions by Cash or Check

| Description | Amount |
|---|---|
| CHURCH | $ |
| SAN RAMON VALLEY HS | 2,662 |
| VARIOUS CHARITIES | 103 |
| CWMS | |
| DISALLOWED CASH CONTRIBUTION | -2,765 |
| TOTAL | $ 0 |

# Federal  Statements

**FINANCIAL  PLANNING**

## Schedule C, Line 1 - Gross Receipts or Sales

| Description | Amount |
|---|---|
| ARKADIOS | $    357,332 |
| TOTAL | $    357,332 |

**FINANCIAL  PLANNING**

## Schedule C, Line 14 - Employee Benefit Programs

| Description | Amount |
|---|---|
| KAISER | $    6,276 |
| TOTAL | $    6,276 |

**FINANCIAL  PLANNING**

## Schedule C, Line 15 - Insurance (other than health)

| Description | Amount |
|---|---|
| | $    592 |
| TOTAL | $    592 |

**FINANCIAL  PLANNING**

## Schedule C, Line 16b - Other Interest

| Description | Amount |
|---|---|
| | $    28,378 |
| TOTAL | $    28,378 |

**FINANCIAL  PLANNING**

## Schedule C, Line 17 - Legal and Professional Services

| Description | Amount |
|---|---|
| LEGAL  AND  PROFESSIONAL | $    136,031 |
| TAX  PREPARATION  FEES | 231 |
| TOTAL | $    136,262 |


# Federal  Statements

**FINANCIAL  PLANNING**

## Schedule C, Line 19 - Pension and Profit-Sharing Plans

| Description | Amount |
|---|---|
| CONTRIBUTIONS | $ |
| ADMIN FEES | 33,187 |
| TOTAL | $    33,187 |

**FINANCIAL  PLANNING**

## Schedule C, Line 23 - Taxes and Licenses

| Description | Amount |
|---|---|
|  | $    1,929 |
| TOTAL | $    1,929 |

**FINANCIAL  PLANNING**

## Schedule C, Line 26 - Wages

| Description | Amount |
|---|---|
| PAYCHEX  FEES | $    59,108 |
| TOTAL | $    59,108 |

**FINANCIAL  PLANNING**

### Schedule C, Line 1 - Gross Receipts or Sales

| Description | Amount |
|---|---|
| ADVISORY FEES | $       387,629 |
| TOTAL | $       387,629 |

# Federal  Statements

## CHARLES SCHWAB
### Form 1116 line 1a - Gross Income From Sources Within Country

| Description | A | B | C |
|---|---|---|---|
| FOREIGN  QUALIFIED  DIVIDENDS | $ | $ | $ |
| FOREIGN  QUALIFIED  DIVIDENDS  TO 4952 | 10 | | |
| | | | |
| OTHER  FOREIGN  GROSS  INCOME | | | |
| 1116  FOREIGN  GROSS  INCOME | 10 | | |
| - 1116  FOREIGN  QUALIFIED  DIVIDENDS | 10 | | |
| | 0 | | |
| | | | |
| TOTAL | 10 | | |

## CHARLES SCHWAB
### Form 1116 line 3e - Gross Income from All Sources

| Description | Amount |
|---|---|
| 1040  LN 1/2B-5B  SCH 1 LN 1/2A/7/8 | $      15,273 |
| GROSS  SCH C  BUSINESS  INCOME | 744,961 |
| GROSS  SCH D  CAPITAL GAINS | 897 |
| SHARE  PS/S-CORP  GROSS  INCOME | 3 |
| TOTAL | $     761,134 |

## CHARLES SCHWAB
### Form 1116 line 4a - Apportioned Home Mortgage Interest

| Description | A | B | C |
|---|---|---|---|
| 1116  LINE 3D  GROSS  FRGN  SOURCE  INCOME | $       10 | $ | $ |
| LESS  APPORTIONED 2555  INCOME,  IF ANY | | | |
| GROSS  FOREIGN  SOURCE  INCOME | 10 | | |
| | | | |
| 1116  LINE 3E  ALL  SOURCES  GROSS  INCOME | 761,134 | | |
| LESS FORM 2555  EXCLUDED  INCOME,  IF ANY | | | |
| GROSS  INCOME  FROM ALL  SOURCES | 761,134 | | |
| | | | |
| GROSS  FOREIGN  INC/GROSS  INC ALL  SOURCES | | | |
| GROSS  INC  APPORTION  FACTOR A 0.0000 | | | |
| | | | |
| SCHEDULE A  HOME  MORTGAGE  INTEREST | 29,736 | | |
| 1116  LINE 4A  HOME  MORTGAGE  INTEREST | 0 | | |
| (MORT  INT X  APPORTIONMENT  FACTOR) | | | |

| Form **1040** | **Carryover Report** | **2024** |
|---|---|---|

Name
**MICHAEL & SARAH A LICKISS**

Taxpayer Identification Number
███-2256

| Carryover Item | Available to 2024 | 2024 Amounts | | Carryover to 2025 |
|---|---|---|---|---|
| Minimum tax credit | | | | |
| Investment interest | | **GENERATED** | 338 | 338 |
| Investment interest - AMT | | **GENERATED** | 338 | 338 |
| Short-term capital loss | 5,276 | **UTILIZED** | -221 | 5,055 |
| Short-term capital loss - AMT | 5,276 | **UTILIZED** | -221 | 5,055 |
| Long-term capital loss | | **GENERATED** | 155 | 155 |
| Long-term capital loss - AMT | | **GENERATED** | 155 | 155 |
| Residential energy efficient property | | | | |
| D.C. first-time homebuyer credit | | | | |
| Tax credit bonds | | | | |
| Qualified business income loss | | **GENERATED** | 15,960 | 15,960 |
| Qualified REIT income and PTP loss | | | | |
| Excess business loss portion of NOL | | | | |

| Nonrecaptured Section 1231 Losses - Line 8, Form 4797 | | | AMT Nonrecaptured Section 1231 Losses - Line 8, Form 4797 | | |
|---|---|---|---|---|---|
| 2019 Amounts | | | 2019 Amounts | | |
| 2020 Amounts | | | 2020 Amounts | | |
| 2021 Amounts | | | 2021 Amounts | | |
| 2022 Amounts | | | 2022 Amounts | | |
| 2023 Amounts | | | 2023 Amounts | | |
| Available to 2024 | | | Available to 2024 | | |
| 2024 Amounts | | | 2024 Amounts | | |
| Carryover to 2025 | | | Carryover to 2025 | | |

| Form **1040** | **Two Year Comparison Report - Page 1** | **2023 & 2024** |
|---|---|---|

Name: **MICHAEL & SARAH A LICKISS**

Taxpayer Identification Number: -2256

| | | | 2023 | 2024 | Differences |
|---|---|---|---|---|---|
| | **Filing Status** | | **MFJ** | **MFJ** | |
| | **Dependents** | | **3** | **3** | |
| **I** | 1. Salaries and wages | 1. | 11,988 | 11,263 | -725 |
| **n** | 2. Interest income | 2. | 112 | 142 | 30 |
| **c** | 3. Tax exempt interest income | 3. | | 19 | 19 |
| **o** | 4. Dividend income | 4. | 2,234 | 1,980 | -254 |
| **m** | 5. Qualified dividend income | 5. | 86 | 94 | 8 |
| **e** | 6. Taxable state/local refunds | 6. | | | |
| | 7. Alimony received | 7. | | | |
| | 8. Business income/loss | 8. | 313,827 | -9,402 | -323,229 |
| | 9. Capital gain/loss | 9. | -3,000 | -3,000 | |
| | 10. Other gains/losses | 10. | | | |
| | 11. Taxable IRA distributions | 11. | | | |
| | 12. Taxable pensions | 12. | | | |
| | 13. Rent and royalty income including farm rental | 13. | | | |
| | 14. Partnership/S corp income | 14. | | 3 | 3 |
| | 15. Estate or trust income | 15. | | | |
| | 16. Farm income/loss | 16. | | | |
| | 17. Unemployment compensation | 17. | | | |
| | 18. Taxable social security | 18. | | | |
| | 19. Other income | 19. | 3 | 1,888 | 1,885 |
| | 20. **Total income** | 20. | 325,164 | 2,874 | -322,290 |
| **A** | 21. Moving expenses | 21. | | | |
| **d** | 22. Deductible part of self-employment tax | 22. | 14,135 | | -14,135 |
| **j** | 23. SEP/SIMPLE/Qualified plans deductions | 23. | | | |
| **u** | 24. SE health insurance | 24. | 12,063 | 6,558 | -5,505 |
| **s** | 25. Penalty on early withdrawal of savings | 25. | | | |
| **t** | 26. Alimony paid | 26. | | | |
| **m** | 27. IRA deductions | 27. | | | |
| **e** | 28. Student loan interest | 28. | | | |
| **n** | 29. Other adjustments | 29. | | | |
| **t** | | | | | |
| **s** | 30. **Adjusted gross income** | 30. | 298,966 | -3,684 | -302,650 |
| **D** | 31. Medical | 31. | | 6,558 | 6,558 |
| **e** | 32. Taxes | 32. | 10,000 | 10,000 | |
| **d** | 33. Interest | 33. | 28,821 | 31,858 | 3,037 |
| **u** | 34. Contributions | 34. | 3,499 | | -3,499 |
| **c** | 35. Casualty losses | 35. | | | |
| **t** | 36. Miscellaneous expenses | 36. | | | |
| **i** | 37. **Allowable itemized deductions** | 37. | 42,320 | 48,416 | 6,096 |
| **o** | 38. Standard deduction | 38. | 27,700 | 29,200 | 1,500 |
| **n** | | | **ITEMIZED** | **ITEMIZED** | |
| **s** | 39. Deduction taken | 39. | 42,320 | 48,416 | 6,096 |
| | 40. **Taxable income before Qual Bus Inc Ded (QBID)** | 40. | 256,646 | -52,100 | -308,746 |
| | 41. QBID | 41. | 51,312 | 0 | -51,312 |
| | 42. **Taxable income** | 42. | 205,334 | 0 | -205,334 |

| Form **1040** | **Two Year Comparison Report - Page 2** | **2023 & 2024** |
|---|---|---|

| Name | Taxpayer Identification Number |
|---|---|
| MICHAEL & SARAH A LICKISS | ___-2256 |

| | | | 2023 | 2024 | Differences |
|---|---|---|---|---|---|
| | 43. | Taxable income from 2YR page 1, line 42 | 43. | 205,334 | 0 | -205,334 |
| | 44. | Tax on taxable income | 44. | 36,073 | 0 | -36,073 |
| | 45. | Alternative minimum tax | 45. | | | |
| | 46. | Excess advance premium tax credit & other advanced repayments | 46. | | | |
| | 47. | Child care credit | 47. | | | |
| | 48. | Education credits | 48. | | | |
| **T** | 49. | Retirement savings credit | 49. | | | |
| **a** | 50. | Child & other dependent tax credit | 50. | 4,500 | | -4,500 |
| **x** | 51. | General business credit | 51. | | | |
| | 52. | Other credits | 52. | 3 | | -3 |
| **C** | 53. | **Total credits** | 53. | 4,503 | | -4,503 |
| **o** | 54. | **Net tax liability** | 54. | 31,570 | | -31,570 |
| **m** | 55. | Self-employment taxes | 55. | 28,270 | | -28,270 |
| **p** | 56. | Other taxes | 56. | 466 | | -466 |
| **u** | 57. | **Total tax** | 57. | 60,306 | | -60,306 |
| **t** | 58. | Income tax withheld | 58. | 375 | 325 | -50 |
| **a** | 59. | Estimated tax payments | 59. | 70,000 | 7,000 | -63,000 |
| **t** | 60. | Earned income credit | 60. | | 1,676 | 1,676 |
| **i** | 61. | Additional Child tax credit | 61. | | 187 | 187 |
| **o** | 62. | Other refundable tax credits | 62. | | | |
| **n** | 63. | Other payments | 63. | | | |
| | 64. | **Total payments** | 64. | 70,375 | 9,188 | -61,187 |
| | 65. | Tax due/-refund | 65. | -10,069 | -9,188 | 881 |
| | 66. | Penalties and interest | 66. | 794 | | -794 |
| | 67. | **Net tax due/-refund** | 67. | -9,275 | -9,188 | 87 |
| | 68. | Refund applied to estimated tax payments | 68. | | 9,188 | 9,188 |
| | 69. | Refund received | 69. | -9,275 | | 9,275 |
| | 70. | **Effective tax rate** | 70. | 29.0 % | % | |

## Two Year Comparison - Tax Reconciliation Marginal Tax Rates

| | 2023 Taxable Income | 2023 Marginal Tax Rate | 2024 Taxable Income | 2024 Marginal Tax Rate |
|---|---|---|---|---|
| Ordinary income | 205,248 | 24.0 % | | % |
| Capital income | 86 | 15.0 % | | % |
| Capital - Sec. 1250 | | % | | % |
| Capital - Sec. 1202 | | % | | % |

| Form **1040** | **Two Year Comparison Report - Schedule C** | **2023 & 2024** |
|---|---|---|

Name
**MICHAEL LICKISS**

Taxpayer identification number
███-2256

Principal business or profession
**FINANCIAL PLANNING**

Unit
1

| | Income | | 2023 | 2024 | Differences |
|---|---|---|---|---|---|
| 1. | Gross receipts or sales | 1. | 911,060 | 357,332 | -553,728 |
| 2. | Returns and allowances | 2. | | | |
| 3. | **Cost of goods sold** | 3. | | | |
| 4. | **Gross profit** | 4. | 911,060 | 357,332 | -553,728 |
| 5. | Other income | 5. | | | |
| 6. | **Gross income** | 6. | 911,060 | 357,332 | -553,728 |

| | Expenses | | | | |
|---|---|---|---|---|---|
| 7. | Advertising | 7. | | | |
| 8. | Car and truck expenses | 8. | | | |
| 9. | Commissions and fees | 9. | | | |
| 10. | Contract labor | 10. | 285,265 | 77,261 | -208,004 |
| 11. | Depletion | 11. | | | |
| 12. | Depreciation and section 179 expense deduction | 12. | | | |
| 13. | Employee benefit programs | 13. | 10,814 | 6,276 | -4,538 |
| 14. | Insurance (other than health) | 14. | 1,123 | 592 | -531 |
| 15. | Interest - mortgage (paid to banks, etc.) | 15. | | | |
| 16. | Interest - other | 16. | 8,431 | 28,378 | 19,947 |
| 17. | Legal and professional services | 17. | 14,225 | 136,262 | 122,037 |
| 18. | Office expense | 18. | | | |
| 19. | Pension and profit-sharing plans | 19. | 19,480 | 33,187 | 13,707 |
| 20. | Rent or lease - vehicles, machinery, and equipment | 20. | | | |
| 21. | Rent or lease - other business property | 21. | 68,163 | | -68,163 |
| 22. | Repairs and maintenance | 22. | | | |
| 23. | Supplies (not included in cost of goods sold) | 23. | 1,701 | 1,744 | 43 |
| 24. | Taxes and licenses | 24. | 41,852 | 1,929 | -39,923 |
| 25. | Travel | 25. | | | |
| 26. | Total meals and entertainment | 26. | | | |
| 26a. | Nondeductible meals and entertainment | 26a. | | | |
| 26b. | Deductible meals and entertainment | 26b. | | | |
| 27. | Utilities | 27. | | 6,050 | 6,050 |
| 28. | Wages (less employment credits) | 28. | 105,647 | 59,108 | -46,539 |
| 29. | Other expenses | 29. | 40,532 | 28,794 | -11,738 |
| 30. | Energy efficient commercial buildings deduction (Form 7205) | 30. | | | |
| 31. | **Total expenses** | 31. | 597,233 | 379,581 | -217,652 |

| | Profit/ (loss) | | | | |
|---|---|---|---|---|---|
| 32. | Tentative profit (loss) | 32. | 313,827 | -22,249 | -336,076 |
| 33. | Expenses for business use of home | 33. | | | |
| 34. | **Net profit or (loss)** | 34. | 313,827 | -22,249 | -336,076 |

| | Cost of Goods Sold | | | | |
|---|---|---|---|---|---|
| 35. | Inventory - Beginning of year | 35. | | | |
| 36. | Purchases | 36. | | | |
| 37. | Labor | 37. | | | |
| 38. | Materials | 38. | | | |
| 39. | Other costs | 39. | | | |
| 40. | **Goods available for sale (sum of lines 34-38)** | 40. | | | |
| 41. | Inventory - End of year | 41. | | | |

| Form **1040** | **Two Year Comparison Report - Page 1** | **2023 & 2024** |
|---|---|---|

| Name | | Taxpayer Identification Number |
|---|---|---|
| MICHAEL & SARAH A LICKISS | | ***-**-2256 |

| | | | | **2023** | **2024** | **Differences** |
|---|---|---|---|---|---|---|
| | **Filing Status** | | | MFJ | MFJ | |
| | **Dependents** | | | 3 | 3 | |
| I | 1. | Salaries and wages | 1. | 11,988 | 11,263 | -725 |
| n | 2. | Interest income | 2. | 112 | 142 | 30 |
| c | 3. | Tax exempt interest income | 3. | | 19 | 19 |
| o | 4. | Dividend income | 4. | 2,234 | 1,980 | -254 |
| m | 5. | Qualified dividend income | 5. | 86 | 94 | 8 |
| e | 6. | Taxable state/local refunds | 6. | | | |
| | 7. | Alimony received | 7. | | | |
| | 8. | Business income/loss | 8. | 313,827 | -9,402 | -323,229 |
| | 9. | Capital gain/loss | 9. | -3,000 | -3,000 | |
| | 10. | Other gains/losses | 10. | | | |
| | 11. | Taxable IRA distributions | 11. | | | |
| | 12. | Taxable pensions | 12. | | | |
| | 13. | Rent and royalty income including farm rental | 13. | | | |
| | 14. | Partnership/S corp income | 14. | | 3 | 3 |
| | 15. | Estate or trust income | 15. | | | |
| | 16. | Farm income/loss | 16. | | | |
| | 17. | Unemployment compensation | 17. | | | |
| | 18. | Taxable social security | 18. | | | |
| | 19. | Other income | 19. | 3 | 1,888 | 1,885 |
| | 20. | **Total income** | 20. | 325,164 | 2,874 | -322,290 |
| A | 21. | Moving expenses | 21. | | | |
| d | 22. | Deductible part of self-employment tax | 22. | 14,135 | | -14,135 |
| j | 23. | SEP/SIMPLE/Qualified plans deductions | 23. | | | |
| u | 24. | SE health insurance | 24. | 12,063 | 6,558 | -5,505 |
| s | 25. | Penalty on early withdrawal of savings | 25. | | | |
| t | 26. | Alimony paid | 26. | | | |
| m | 27. | IRA deductions | 27. | | | |
| e | 28. | Student loan interest | 28. | | | |
| n | 29. | Other adjustments | 29. | | | |
| t | 30. | **Adjusted gross income** | 30. | 298,966 | -3,684 | -302,650 |
| s | | | | | | |
| D | 31. | Medical | 31. | | 6,558 | 6,558 |
| e | 32. | Taxes | 32. | 10,000 | 10,000 | |
| d | 33. | Interest | 33. | 28,821 | 31,858 | 3,037 |
| u | 34. | Contributions | 34. | 3,499 | | -3,499 |
| c | 35. | Casualty losses | 35. | | | |
| t | 36. | Miscellaneous expenses | 36. | | | |
| i | 37. | **Allowable itemized deductions** | 37. | 42,320 | 48,416 | 6,096 |
| o | 38. | Standard deduction | 38. | 27,700 | 29,200 | 1,500 |
| n | | | | ITEMIZED | ITEMIZED | |
| s | 39. | Deduction taken | 39. | 42,320 | 48,416 | 6,096 |
| | 40. | Taxable income before Qual Bus Inc Ded (QBID) | 40. | 256,646 | -52,100 | -308,746 |
| | 41. | QBID | 41. | 51,312 | 0 | -51,312 |
| | 42. | **Taxable income** | 42. | 205,334 | 0 | -205,334 |

| Form **1040** | **Two Year Comparison Report - Page 2** | **2023 & 2024** |

| Name | Taxpayer Identification Number |
| MICHAEL & SARAH A LICKISS | ███-2256 |

| | | 2023 | 2024 | Differences |
|---|---|---|---|---|
| | 43. Taxable income from 2YR page 1, line 42 | **43.** | 205,334 | 0 | −205,334 |
| | 44. Tax on taxable income | **44.** | 36,073 | 0 | −36,073 |
| | 45. Alternative minimum tax | **45.** | | | |
| | 46. Excess advance premium tax credit & other advanced repayments | **46.** | | | |
| | 47. Child care credit | **47.** | | | |
| | 48. Education credits | **48.** | | | |
| T | 49. Retirement savings credit | **49.** | | | |
| a | 50. Child & other dependent tax credit | **50.** | 4,500 | | −4,500 |
| x | 51. General business credit | **51.** | | | |
| | 52. Other credits | **52.** | 3 | | −3 |
| C | 53. **Total credits** | **53.** | 4,503 | | −4,503 |
| o | 54. **Net tax liability** | **54.** | 31,570 | | −31,570 |
| m | 55. Self-employment taxes | **55.** | 28,270 | | −28,270 |
| p | 56. Other taxes | **56.** | 466 | | −466 |
| u | 57. **Total tax** | **57.** | 60,306 | | −60,306 |
| t | 58. Income tax withheld | **58.** | 375 | 325 | −50 |
| a | 59. Estimated tax payments | **59.** | 70,000 | 7,000 | −63,000 |
| t | 60. Earned income credit | **60.** | | 1,676 | 1,676 |
| i | 61. Additional Child tax credit | **61.** | | 187 | 187 |
| o | 62. Other refundable tax credits | **62.** | | | |
| n | 63. Other payments | **63.** | | | |
| | 64. **Total payments** | **64.** | 70,375 | 9,188 | −61,187 |
| | 65. **Tax due/-refund** | **65.** | −10,069 | −9,188 | 881 |
| | 66. Penalties and interest | **66.** | 794 | | −794 |
| | 67. **Net tax due/-refund** | **67.** | −9,275 | −9,188 | 87 |
| | 68. Refund applied to estimated tax payments | **68.** | | 9,188 | 9,188 |
| | 69. Refund received | **69.** | −9,275 | | 9,275 |
| | 70. **Effective tax rate** | **70.** | 29.0 % | % | |

### Two Year Comparison - Tax Reconciliation Marginal Tax Rates

| | 2023 Taxable Income | 2023 Marginal Tax Rate | 2024 Taxable Income | 2024 Marginal Tax Rate |
|---|---|---|---|---|
| Ordinary income | 205,248 | 24.0 % | | % |
| Capital income | 86 | 15.0 % | | % |
| Capital - Sec. 1250 | | % | | % |
| Capital - Sec. 1202 | | % | | % |

| Form **1040** | **Two Year Comparison Report - Schedule C** | **2023 & 2024** |

**Name**
MICHAEL LICKISS

**Taxpayer identification number**
███-2256

**Principal business or profession**
FINANCIAL PLANNING

**Unit** 1

| | **Income** | | **2023** | **2024** | **Differences** |
|---|---|---|---|---|---|
| 1. | Gross receipts or sales | 1. | 911,060 | 357,332 | −553,728 |
| 2. | Returns and allowances | 2. | | | |
| 3. | **Cost of goods sold** | 3. | | | |
| 4. | **Gross profit** | 4. | 911,060 | 357,332 | −553,728 |
| 5. | Other income | 5. | | | |
| 6. | **Gross income** | 6. | 911,060 | 357,332 | −553,728 |

| | **Expenses** | | | | |
|---|---|---|---|---|---|
| 7. | Advertising | 7. | | | |
| 8. | Car and truck expenses | 8. | | | |
| 9. | Commissions and fees | 9. | | | |
| 10. | Contract labor | 10. | 285,265 | 77,261 | −208,004 |
| 11. | Depletion | 11. | | | |
| 12. | Depreciation and section 179 expense deduction | 12. | | | |
| 13. | Employee benefit programs | 13. | 10,814 | 6,276 | −4,538 |
| 14. | Insurance (other than health) | 14. | 1,123 | 592 | −531 |
| 15. | Interest - mortgage (paid to banks, etc.) | 15. | | | |
| 16. | Interest - other | 16. | 8,431 | 28,378 | 19,947 |
| 17. | Legal and professional services | 17. | 14,225 | 136,262 | 122,037 |
| 18. | Office expense | 18. | | | |
| 19. | Pension and profit-sharing plans | 19. | 19,480 | 33,187 | 13,707 |
| 20. | Rent or lease - vehicles, machinery, and equipment | 20. | | | |
| 21. | Rent or lease - other business property | 21. | 68,163 | | −68,163 |
| 22. | Repairs and maintenance | 22. | | | |
| 23. | Supplies (not included in cost of goods sold) | 23. | 1,701 | 1,744 | 43 |
| 24. | Taxes and licenses | 24. | 41,852 | 1,929 | −39,923 |
| 25. | Travel | 25. | | | |
| 26. | Total meals and entertainment | 26. | | | |
| 26a. | Nondeductible meals and entertainment | 26a. | | | |
| 26b. | Deductible meals and entertainment | 26b. | | | |
| 27. | Utilities | 27. | | 6,050 | 6,050 |
| 28. | Wages (less employment credits) | 28. | 105,647 | 59,108 | −46,539 |
| 29. | Other expenses | 29. | 40,532 | 28,794 | −11,738 |
| 30. | Energy efficient commercial buildings deduction (Form 7205) | 30. | | | |
| 31. | **Total expenses** | 31. | 597,233 | 379,581 | −217,652 |

| | **Profit/ (loss)** | | | | |
|---|---|---|---|---|---|
| 32. | Tentative profit (loss) | 32. | 313,827 | −22,249 | −336,076 |
| 33. | Expenses for business use of home | 33. | | | |
| 34. | **Net profit or (loss)** | 34. | 313,827 | −22,249 | −336,076 |

| | **Cost of Goods Sold** | | | | |
|---|---|---|---|---|---|
| 35. | Inventory - Beginning of year | 35. | | | |
| 36. | Purchases | 36. | | | |
| 37. | Labor | 37. | | | |
| 38. | Materials | 38. | | | |
| 39. | Other costs | 39. | | | |
| 40. | **Goods available for sale (sum of lines 34-38)** | 40. | | | |
| 41. | Inventory - End of year | 41. | | | |

| | |
|---|---|
| Debtor 1 | **Michael Jerome Lickiss** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Sarah Ferrero Lickiss** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

---

B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**Watson, Mark & Katrina**
**c/o Michael Kerry Burke, Esq.**
**The Burke Law Firm**
**1134 Crane St., #216**
**Menlo Park, CA 94025**

What is the nature of the claim?    **Settlement balance owed by all co-defendants**    **$573,283.67**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured) _____

mkb@burkefirmoc.com
Contact

(949) 423-6422
Contact phone

Value of security:    - _____
Unsecured claim    _____

**2**

**Asher, Robert & Phyliss**
**c/o Douglas C. Wiley**
**Wigley Law Firm, PLLC**
**15331 W. Bell Rd., Suite 212**
**Surprise, AZ 85374**

What is the nature of the claim?    **Lawsuit, CV2024-037727**    **$567,014.00**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

dwigley@wigleylawfirm.com
Contact

■ No

☐ Yes. Total claim (secured and unsecured)

(623) 266-3835
Contact phone

Value of security:  -
Unsecured claim

---

**3**

BHG Financial (Bankers
Healthcare Group)
201 Solar Street
Syracuse, NY 13201

**What is the nature of the claim?** — **Business loan** — **$264,242.13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

Contact

■ No

☐ Yes. Total claim (secured and unsecured)

(866) 297-4664
Contact phone

Value of security:  -
Unsecured claim

---

**4**

Walker, Dian executor for
Patricia Brown
c/o Timothy Reed, Esq.
Law Office of Timothy Reed
1671 The Alameda, Suite 307
San Jose, CA 95126

**What is the nature of the claim?** — **Any claims due to stipulation for entry of judgment upon default and settlement of claims owed by co-defendant Edwin Lickiss** — **$250,000.00**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

timothyreedesq@gmail.com
Contact

■ No

☐ Yes. Total claim (secured and unsecured)

(669) 444-1148
Contact phone

Value of security:  -
Unsecured claim

---

**5**

BHG Financial (Bankers
Healthcare Group)
201 Solar Street
Syracuse, NY 13201

**What is the nature of the claim?** — **Business loan** — **$114,050.43**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

Case: 25-40642    Doc# 1    Filed: 04/14/25    Entered: 04/14/25 17:52:22    Page 58 of 80

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)

Value of security:   -

Unsecured claim

Contact

**(866) 297-4664**

Contact phone

---

**6**

**Williams, Mike & Sharon**
**c/o Dean Rossi, Esq.**
**Rossi Domingue LLP**
**15710 The Alameda, Suite 316**
**San Jose, CA 95126**

**What is the nature of the claim?**   **Any claims arising under settlement agreement and other claims**   **$35,000.00**

**As of the date you file, the claim is:** Check all that apply

■   Contingent
■   Unliquidated
■   Disputed
☐   None of the above apply

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)

**dean@rdlaw.net**

Contact

**(408) 495-3900**

Contact phone

Value of security:   -

Unsecured claim

---

**7**

**JPMorgan Chase Bank, N.A.**
**(Southwest Airlines Card)**
**PO Box 15123**
**Wilmington, DE 19850**

**What is the nature of the claim?**   **Credit Card**   **$23,881.38**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No

☐   Yes. Total claim (secured and unsecured)

Contact

**(212) 270-6000**

Contact phone

Value of security:   -

Unsecured claim

---

**8**

**JPMorgan Chase Bank, N.A.**
**(Disney Card)**
**PO Box 15123**
**Wilmington, DE 19850**

**What is the nature of the claim?**   **Credit Card**   **$16,230.77**

**As of the date you file, the claim is:** Check all that apply

☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

**Does the creditor have a lien on your property?**

■   No

Contact

**(212) 270-6000**
Contact phone

☐ Yes. Total claim (secured and unsecured) _____

Value of security:                    - _____
Unsecured claim                         _____

---

**9**

Citibank, N.A.
P.O. Box 78045
Phoenix, AZ 85062

What is the nature of the claim?    **Credit Card**    **$15,085.73**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

_____
Contact

☐ Yes. Total claim (secured and unsecured) _____

**(800) 950-5114**
Contact phone

Value of security:                    - _____
Unsecured claim                         _____

---

**10**

JPMorgan Chase Bank, N.A.
(Freedom Card)
PO Box 15123
Wilmington, DE 19850

What is the nature of the claim?    **Credit Card**    **$9,012.70**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

_____
Contact

☐ Yes. Total claim (secured and unsecured) _____

**(212) 270-6000**
Contact phone

Value of security:                    - _____
Unsecured claim                         _____

---

**11**

JPMorgan Chase Bank, N.A.
(Southwest Airlines Card)
PO Box 15123
Wilmington, DE 19850

What is the nature of the claim?    **Credit Card**    **$7,841.04**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No

_____
Contact

☐ Yes. Total claim (secured and unsecured) _____

**(212) 270-6000**
Contact phone

Value of security:                    - _____
Unsecured claim                         _____

---

**12**

What is the nature of the claim?    **Credit Card**    **$6,546.58**

| Debtor 1 | **Michael Jerome Lickiss** | | Case number (if known) | |
| Debtor 2 | **Sarah Ferrero Lickiss** | | | |

**JPMorgan Chase Bank, N.A.
(Prime Card)
P.O. Box 15123
Wilmington, DE 19850**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

_____
Contact

**(212) 270-6000**
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

        Value of security:      - _____
        Unsecured claim          _____

---

**13**

**Citibank, N.A. (Costco Card)
P.O. Box 790046
Saint Louis, MO 63179**

**What is the nature of the claim?**   **Credit Card**   **$5,686.54**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

_____
Contact

**(800) 950-5114**
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

        Value of security:      - _____
        Unsecured claim          _____

---

**14**

**JPMorgan Chase Bank, N.A. (Ink
Card)
PO Box 6294
Carol Stream, IL 60197**

**What is the nature of the claim?**   **Credit Card**   **$525.98**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

_____
Contact

**(212) 270-6000**
Contact phone

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

        Value of security:      - _____
        Unsecured claim          _____

---

**15**

**Anderson, Terrie
32 E Chapman St
Orland, CA 95963**

**What is the nature of the claim?**   **Potential claims of
every kind. Customer
of Edwin Lickiss.**   **$0.00**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated

---

■ Disputed

☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____

■ No

Contact

☐ Yes. Total claim (secured and unsecured) _____

**(209) 914-3392**

Contact phone

Value of security: -  _____

Unsecured claim       _____

---

**16**

**Arkadios Capital, LLC**
**Attn: Gary Schwartz, CCO**
**2827 Peachtree Road**
**Suite 510**
**Atlanta, GA 30305**

What is the nature of the claim?     **Potential claims for**     $0.00
**indemnity,**
**contribution, and**
**other claims.**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

_____

**Gary Schwartz, CCO**

**Does the creditor have a lien on your property?**

_____

■ No

Contact

☐ Yes. Total claim (secured and unsecured) _____

**(404) 445-0035**

Contact phone

Value of security: -  _____

Unsecured claim       _____

---

**17**

**Arkadios Wealth Advisors, LLC**
**2827 Peachtree Road**
**Suite 510**
**Atlanta, GA 30305**

What is the nature of the claim?     **Potential claims for**     $0.00
**indemnity,**
**contribution, and**
**other claims.**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

☐ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____

■ No

Contact

☐ Yes. Total claim (secured and unsecured) _____

**(404) 445-0035**

Contact phone

Value of security: -  _____

Unsecured claim       _____

---

**18**

**Berry, Carol**

What is the nature of the claim?     **Potential claims of**     $0.00
**every kind.  Customer**
**of Edwin Lickiss.**

---

**5 Van Cleave Lane**
**Walnut Creek, CA 94596**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____
_____
Contact

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

**(925) 935-8319**
Contact phone

Value of security:        -  _____
Unsecured claim             _____

---

**19**

**Blachly, Denise**
**5408 NEVADA CT**
**Concord, CA 94521**

What is the nature of the claim?    **Potential claims of**    $0.00
**every kind.  Customer**
**of Edwin Lickiss.**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____
_____
Contact

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

**(925) 672-6112**
Contact phone

Value of security:        -  _____
Unsecured claim             _____

---

**20**

**Bringolf, Barry**
**12950 Hidden Valley Road**
**Grass Valley, CA 95949**

What is the nature of the claim?    **Potential claims of**    $0.00
**every kind.  Customer**
**of Edwin Lickiss.**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

_____
_____
Contact

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

**(530) 913-5154**
Contact phone

Value of security:        -  _____
Unsecured claim             _____

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

| Debtor 1 | **Michael Jerome Lickiss** | | Case number *(if known)* | |
| Debtor 2 | **Sarah Ferrero Lickiss** | | | |

x  /s/ Michael Jerome Lickiss

**Michael Jerome Lickiss**
Signature of Debtor 1

Date  **April 11, 2025**

x  Sarah Ferrero Lickiss

**Sarah Ferrero Lickiss**
Signature of Debtor 2

Date  **April 11, 2025**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| **Chapter 7:** | **Liquidation** |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

Case: 25-40642    Doc# 1    Filed: 04/14/25    Entered: 04/14/25 17:52:22    Page 65 of 80

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78 | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

Case: 25-40642   Doc# 1   Filed: 04/14/25   Entered: 04/14/25 17:52:22   Page 67 of 80

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Case: 25-40642     Doc# 1     Filed: 04/14/25     Entered: 04/14/25 17:52:22     Page 68 of 80

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                 Case No.

**Michael Jerome Lickiss**
**Sarah Ferrero Lickiss**

_____ Debtor(s).        /

**CREDITOR MATRIX COVER SHEET**

    I declare that the attached Creditor Mailing Matrix, consisting of __11__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **April 11, 2025**

                                           /s/ Julie H. Rome-Banks
                                      _____
                                      Signature of Debtor's Attorney or Pro Per Debtor

Anderson, Terrie
32 E Chapman St
Orland, CA 95963


Arkadios Capital
c/o Gary Schwartz, CCO
309 East Paces Ferry Road
Suite 1000
Atlanta, GA 30305


Arkadios Capital, LLC
Attn: Gary Schwartz, CCO
2827 Peachtree Road
Suite 510
Atlanta, GA 30305


Arkadios Wealth Advisors LLC
2827 Peachtree Road, Suite 510
Atlanta, GA 30305


Arkadios Wealth Advisors, LLC
2827 Peachtree Road
Suite 510
Atlanta, GA 30305


Asher, Robert & Phyliss
c/o Douglas C. Wiley
Wigley Law Firm, PLLC
15331 W. Bell Rd., Suite 212
Surprise, AZ 85374


Bank of Stockton
PO Box 1110
Stockton, CA 95201


Berry, Carol
5 Van Cleave Lane
Walnut Creek, CA 94596

BHG Financial (Bankers Healthcare Group)
201 Solar Street
Syracuse, NY 13201


Blachly, Denise
5408 NEVADA CT
Concord, CA 94521


Bringolf, Barry
12950 Hidden Valley Road
Grass Valley, CA 95949


Buehling, Linda
208 TERRY LYNN AVE
Mount Shasta, CA 96067


Burke Law Firm
4000 MacArthur Blvd
Suite 600, East Tower
Newport Beach, CA 92660


Butler, James and Deana
80 Liberty School Road
Petaluma, CA 94952


Calcagno, Maureen
553 Catherine Ct
Santa Rosa, CA 95409


Callan, Terry and Sally
235 Orchard Dr
Fremont, CA 94536

```
Cargo, Kathy and Aron
264 Saint Moritz Way
Martinez, CA 94553


Citibank, N.A.
P.O. Box 78045
Phoenix, AZ 85062


Citibank, N.A. (Costco Card)
P.O. Box 790046
Saint Louis, MO 63179


Corbin, Ruth and David
10247 W Aspen Meadow St
Boise, ID 83704


Craven, Jennifer
7384 Redhill Way
Browns Valley, CA 95918


Darren Devlin, Esq.
Law Office of Jason Tatman
9665 Chesapeake Dr.
Suite 365
San Diego, CA 92123


Davi, Vivian
1265 Ventura Dr
Pittsburg, CA 94565


Evans, Cheryl
728 ADAMS AVE
Livermore, CA 94550
```

Executor of Lois Elkins Ferdinand
320 Jacinto
Pittsburg, CA 94565


FINRA
1700 K Street NW
Washington, DC 20006


FINRA Dispute Resolution Services
Atten: Melissa Cardenas, Case Specialist
300 South Grand Avenue
Suite 1700
Los Angeles, CA 90071


Franchise Tax Board
Bankrupcty Unit MS A-340
P.O. Box 2952
Sacramento, CA 95812


Fry, Claudia
4901 Keller Ridge Dr
Clayton, CA 94517


Geyer, Linda
9049 SW ROBERT GRAY LN
Portland, OR 97225


Gonzales, Debbie  and Tom
3894 Loch Lomand Way
Livermore, CA 94551


Hallum, Marianne
3804 Lakeside Cr
Modesto, CA 95355

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Investment Architects
11 PETALUMA BLVD NORTH, SUITE 205
Petaluma, CA 94952


Investment Architects Inc.
11 Petaluma Boulevard North, Suite 205
Petaluma, CA 94952


JAMS
1255 Treat Boulevard
Walnut Creek, CA 94597


Jones, Caroline
121 Buckingham Dr Unit 61
Santa Clara, CA 95051


Jones, Elizabeth
5155 Camanche Way
El Dorado Hills, CA 95762


Joy, Greg and Nancy
712 E 900 S
Salt Lake City, UT 84105


JPMorgan Chase Bank, N.A.
(Southwest Airlines Card)
PO Box 15123
Wilmington, DE 19850

```
JPMorgan Chase Bank, N.A. (Disney Card)
PO Box 15123
Wilmington, DE 19850


JPMorgan Chase Bank, N.A. (Freedom Card)
PO Box 15123
Wilmington, DE 19850


JPMorgan Chase Bank, N.A. (Ink Card)
PO Box 6294
Carol Stream, IL 60197


JPMorgan Chase Bank, N.A. (Prime Card)
P.O. Box 15123
Wilmington, DE 19850


Kerr, Fred and Michelle
1120 Delaware St, Apt 302
Denver, CO 80204


Lee, Carol
2448 Fiji Way
San Leandro, CA 94577


Leech, Katherine
910 Mad River Rd
Mad River, CA 95552


Letsch, Glenn and Anne
25 Saxton Ct
Walnut Creek, CA 94597
```

Lickiss, Andrew and Kristina
6510 S Locust Way
Englewood, CO 80111


Lickiss, Edwin Emmet
c/o Randy Sue Pollock, Esq.
286 Santa Clara Avenue
Oakland, CA 94610


Liptack, Keith and Karen
4409 S Ball Drive
Veradale, WA 99037


Lucas, Susan
127 N 22ND STREET
El Centro, CA 92243


Marilyn Lickiss
c/o Tyler Smith, Esq.
Heisler Rosendifeld, LLP
961 Ygnacio Valley Rd.
Walnut Creek, CA 94596


Montgomery, Robert and Bea
4773 Hillside Dr
Castro Valley, CA 94546


Myers, Candyce and Chris
165 Timberline Ct
Danville, CA 94526


PenFed Credit Union
PO Box 1432
Alexandria, VA 22133

Peterson, Judith
6190 CORTE DEL REY
Pleasanton, CA 94566


Plate, Kathy
763 Moraga Rd
Lafayette, CA 94549


Powers, Sandra and Michael
3204 El Suyo Drive
San Ramon, CA 94583


Purshe Kaplan Setling Investments
Attn: John Purcell, CEO
80 State Street
Albany, NY 12207


Purshe Kaplan Sterling Investments
Attn: John Purcell, CEO
80 State Street
Albany, NY 12207


Reiger, Susan
1826 S 46th PL
Ridgefield, WA 98642


Resource Investment Architects
11 Petaluma Boulevard North, Suite 205
Petaluma, CA 94952


Robert & Phyliss Asher
13010 West Butterfield Dr
Sun City West, AZ 85375

Robinson, Kara
7798 CASTILLIAN ROAD
Dublin, CA 94568


Robrahn, Kerstin
6397 Hyde Park Drive
Gilroy, CA 95020


Russo, Elizabeth
309 S. Via Montana
Burbank, CA 91501


Samuel Edwards, Esq .
Shepard Smith Edwards & Kantas LLP
1010 Lamar St.
Suite 900
Houston, TX 77002


San Ramon Regional Medical Center
6001 Norris Canyon Road
San Ramon, CA 94583


Sanchez, Pamela and Richard
12116 Alder Grove St
Moorpark, CA 93021


Scott L. Silver, Esq.
Silver Law Group
11780 W. Sample Road
Suite 103
Coral Gables, FL 33065


Smith, Earl and Raylene
7798 CASTILLIAN ROAD
Dublin, CA 94568

Spruce Power
P.O. Box 650499
Dallas, TX 85265


U.S. Securities and Exchange Commission
Atten: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071


United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102


United States Department of Justice
Civil Trial Section Western Region
Box 683 Ben Franklin Station
Washington, DC 20044


Vickery, Kathy
125 MIDLAND WAY
Danville, CA 94526


Walker, Dian executor for Patricia Brown
c/o Timothy Reed, Esq.
Law Office of Timothy Reed
1671 The Alameda, Suite 307
San Jose, CA 95126


Walker, Patricia
180 Summerside Circle
Danville, CA 94526


Watson, Mark & Katrina
c/o Michael Kerry Burke, Esq.
The Burke Law Firm
1134 Crane St., #216
Menlo Park, CA 94025

Webster, Dave
624 N O Street
Tulare, CA 93275


Whelton, Robert
8131 E Juan Tabo Road
Scottsdale, AZ 85255


Wilburn, Jeff and Susan
2873 Winthrop Avenue
San Ramon, CA 94583


Williams, Mike & Sharon
c/o Dean Rossi, Esq.
Rossi Domingue LLP
15710 The Alameda, Suite 316
San Jose, CA 95126


Woodiwiss, Helen
4801 Meadowbrook Drive
El Sobrante, CA 94803